UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                                      Case No. 12-17819-RBR

WARREN CARLOS SAPP,                                         Chapter 7

    Debtor.

_____/

## TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF LAMAR P. FISHER AND FISHER AUCTION CO., INC. AS AUCTIONEER

KENNETH A. WELT, as Chapter 7 Trustee (the "Trustee") for the Estate of Warren Carlos Sapp (the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Local Rule 6005-1, applies for entry of an order approving the retention of Lamar P. Fisher and Fisher Auction Co., Inc. (the "Auctioneer"), subject to the terms and conditions stated herein, relative to the proposed auction sale of the Debtor's estate's interest in certain real property (the "Application") and in support thereof states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1408. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    The statutory predicates for the relief requested herein are Section 327(a) and of the Bankruptcy Code and Local Rule 6005-1.

### BACKGROUND

3.    On March 30, 2012, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date").

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

4. Shortly thereafter, the Trustee was duly appointed as the Chapter 7 Trustee for the Debtor's estate.

5. Contemporaneously with the filing of this Application the Trustee is filing a motion to authorize the Trustee to sell the Debtor's estate's interest in certain real property located in Windermere, Florida (the "Sale Motion").

6. For purposes of brevity, the Trustee reincorporates all allegations contained in the Sale Motion as if fully restated herein.

## RELIEF REQUESTED

7. In connection with the Sale Motion, the Trustee desires to employ the Auctioneer to market, advertise and sell the Property (as defined and described in the Sale Motion).

8. The Trustee believes the retention of the Auctioneer is in the best interest of the estate. The Auctioneer was selected after consideration of its Auction Marketing Plan (the "Proposal"), a copy of which is attached hereto as **Exhibit A**.

9. The Trustee believes that the Auctioneer is disinterested as defined in the Bankruptcy Code as set forth in the Affidavit of Lamar P. Fisher attached hereto as **Exhibit B** (the "Affidavit").

10. To the best of the Trustee's knowledge and except as disclosed in the Affidavit, the Auctioneer does not have any connection with the creditors or other parties in interest or their respective attorneys, nor represent any interest adverse to the Trustee or the Debtor's estate.

11. The Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.381 et seq. and Local Rule 6005-1(B) and is covered by the Florida Auctioneer Recovery Fund as required by Florida Statute § 468.392. In addition, Auctioneer maintains a blanket bond issued by a surety company

approved by the Department of the Treasury in an amount in the amount of $1,000,000. The bond is in favor of the United States of America and the original bond has been forwarded to the United States trustee. True copies of the appropriate licenses and bonds are attached hereto as **Exhibit C.**

12.    Because the Sale Motion contemplates that all escrow deposits of Qualified Bidders and the proceeds of the proposed sale will be transferred into the trust account of Akerman Senterfitt, the Trustee respectfully requests that the Court waive Local Rule 6005-1(B) insofar as it requires the Auctioneer to post a blanket bond in an amount not less than the maximum expected proceeds of the proposed auction.

13.    The amount of costs and expenses to be expended by the Auctioneer is $22,837.10 as indicated in the Proposal. The Auctioneer's proposed marketing budget is attached hereto as **Exhibit A.** The Auctioneer's marketing and advertising costs, up to $22,837.10, will be advanced by a third party with all such advances being repaid from the first proceeds of the sale of the Property.[1] In addition to the final bid price, the Trustee will charge an additional 10% Buyer's Premium to the final bid on the Property such that the Buyer's Premium will be added to the contract price. The Buyer's Premium shall be distributed at the time of closing as follows: (a) 60% of the Buyer's Premium shall be retained by the Auctioneer as his fee; (b) 30% of the Buyer's Premium shall be paid to a "procuring cause broker," (as defined in the Auctioneer's Proposal) and if no procuring cause broker, than the 30% will be retained by Debtor's estate; and (c) 10% of the buyer's premium shall be turned over to the Trustee for the exclusive distribution to the Estate's unsecured creditors.

---

[1]    Contemporaneous with the filing of this Application, the Trustee has also filed  Motion to Authorize the Trustee to Obtain Credit pursuant to 11 U.S.C. Section 364(d) in order to obtain Court approval for the funding of the marketing budget contemplated herein.

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

14.     The Trustee will serve copies of the Order granting this application together with a sale notice (which is attached to the Sale Motion as Exhibit G) as required by Bankruptcy Rule 6004(f)(1) and Bankruptcy Rule 2002(a)(2) and (c)(1) Bankruptcy Rule and Local Rule 6005-1(E).

15.     Upon completion of the auction, the Auctioneer will file with the Court a report summarizing the results of the auction and stating the fees and expenses which will be paid to Auctioneer in accordance with the Order approving the retention. The report shall be served only upon the U.S. Trustee, the Trustee, and any other interested party who specifically requests a copy. The fees and expenses will be paid without the necessity of further notice or hearing unless any party in interest files an objection within 4 business days of the sale hearing.

**WHEREFORE**, the Trustee respectfully requests; (i) the entry of an order authorizing retention of the Applicant as auctioneer and; (ii) for such other further relief as this Court deems necessary or appropriate.

Dated: August 3, 2012

Respectfully submitted,
**AKERMAN SENTERFITT**
*Attorneys for Trustee*
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224
Email: brett.marks@akerman.com


By:   /s/ D. Brett Marks_____
        William S. Spencer
        Florida Bar No. 100310
        D. Brett Marks, Esq.
        Florida Bar No. 099635
        Eyal Berger, Esq.

Florida Bar No. 011069

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent either via e-mail transmission or by U.S. Mail, postage prepaid, to all persons on the attached Service List, on this 3rd day of August, 2012.

By: /s/ D. Brett Marks
D. Brett Marks

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## SERVICE LIST

**12-17819-RBR Notice will be electronically mailed to:**

Antonio Alonso on behalf of Creditor JPMorgan Chase Bank NA
antonio.alonso@marshallwatson.com,
jairo.garcia@marshallwatson.com;BKMailFromCourt@MarshallWatson.com

Samantha Carr on behalf of Creditor HSBC Bank USA, National Association as Trustee
sacarr@logs.com, electronicbankruptcynotices@logs.com

Catherine E Douglas on behalf of Trustee Kenneth Welt
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Harris J. Koroglu on behalf of Creditor PNC Bank, N.A.
hkoroglu@shutts.com, jgoodwin@shutts.com

Susan D. Lasky on behalf of Creditor HomeTrust Bank
ECF@suelasky.com, ECFSueLasky@gmail.com

David B Marks on behalf of Trustee Kenneth Welt
brett.marks@akerman.com, charlene.cerda@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad P Pugatch on behalf of Debtor Warren Sapp
cpugatch.ecf@rprslaw.com

Robert A. Schatzman on behalf of Creditor Jamiko Sapp
robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com

Maureen Vitucci on behalf of Creditor Jamiko Sapp
mvitucci@gray-robinson.com

Kenneth A Welt
court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

**12-17819-RBR Notice will <u>not</u> be electronically mailed and will be served via U.S. Mail:**

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316

Harry Stampler
Stampler Auctions
1914 Tigertail Blvd
Dania Beach, FL 33004

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

**<u>EXHIBIT A</u>**

# AUCTION MARKETING PLAN

## The Warren Sapp Bankruptcy Estate
## Windermere, Florida
### Case No. 12-17819-BKC-RBR



*Especially Prepared for:*

## Mr. Kenneth A. Welt, Trustee
## U.S. Bankruptcy Court, Southern District of Florida

*Submitted By:*

## Lamar  P. Fisher, CAI, AARE
## President / C.E.O.
## Fisher Auction Company



**fisherauction.com**
*The Standard of Excellence*

351 South Cypress Road, Suite 210, Pompano Beach, Florida 33060 800.331.6620

# TABLE OF CONTENTS

I        Auction Marketing Plan

II       Auction Marketing Budget

III      Corporate Profile

IV       Partial Client List / Affiliations

V        Auction Marketing Services Summary

VI       Client Testimonials

VII      Auction Results

VIII     Pre and Post Auction Articles

IX       Sample Internet and Traditional Media Platforms

X        Sample Brochures

**fisherauction.com**
*The Standard of Excellence*



I.  Auction Marketing Plan



# AUCTION MARKETING PLAN
## *The Warren Sapp Bankruptcy Estate*

**Scope of Services:**

Fisher Auction Company proposes to conduct a live Open-Outcry Public Auction (hereinafter referred to as the "Event") on the exquisite waterfront residence in the Warren Sapp Bankruptcy Estate (hereinafter referred to as the "Property") located at 11049 Bridge House Road, Windermere, Florida 34786.

The Event will be accomplished via a United States Bankruptcy Court ("Court") Ordered 363 Sale.

The terms of the offering are predefined in the Court approved bid procedures and qualified bidders will competitively bid at the preset date and time.

Our goal is to deliver a distinct message to all potential buyers that the Court / Trustee wants to sell **now** to generate the highest level of interest in order to obtain the highest sales price for all creditors.

Our objective is to present the Property in a first class, impressive manner and promote the Property as an excellent buying opportunity.

**Event Date:**

Once the motion to employ our services is approved and the due diligence / marketing materials have been prepared for distribution, the Event will take place within sixty (60) days, which allows for sufficient time to implement our specific auction marketing campaign. Auction day / date / time to be mutually agreed upon by all parties involved.

**Event Location:**

We recommend the Event be conducted onsite at the residence to take advantage of the Property's pristine waterfront location with the Court confirmation hearing of the sale scheduled the following day.

**Property Tours:**

Fisher Auction Company will coordinate with Mrs. Sapp and schedule specific property tours for all potential purchasers to view the Property beginning approximately four (4) weeks prior to the Event and will also show by special appointment. For liability purposes, potential purchasers will be required to execute a "Preview Release of Liability Form" to gain entry.

**Marketing Strategy:**

The Property will be marketed on an international, national, regional and local basis to give the broadest range of coverage and attract the maximum number of qualified buyers.

The strategy will be to promote the Property to our international / national buyer database, end users, foreign buyers, business professionals, investors, real estate brokerage firms specializing in



# AUCTION MARKETING PLAN
## *The Warren Sapp Bankruptcy Estate*

exclusive waterfront properties, etc. The promotional campaign will stress the Court's urgency for buyers to act now knowing that they will not have an opportunity to wait for a price reduction in the future.

**Marketing Highlights:**

The Property will be presented and positioned as **"By Order of the U.S. Bankruptcy Court / Kenneth A. Welt, Trustee / Case No. 12-17819-BKC-RBR / Real Estate Auction."**

The Marketing Highlights will include;

**Direct Mail:** A direct mail promotional piece will be created to be sent to all logical, identifiable demographic groups. The identification of new buyers through the market segmentation process will benefit the direct mail marketing program. We will also send information to any groups / individuals who may have previously expressed interest in the Property. We have a database in excess of approximately 50,000 from which to draw.

**Print Medias / Specialty Journals:** The national, regional and local print media campaign will be geared to a six (6) week program. Sample medias include the National Edition of the Wall Street Journal, New York Times, New York Resident, Orlando Sentinel, Orlando Business Journal, Southwest Orlando Bulletin, etc.

We will continuously monitor the prospective bidder response from each advertisement allowing daily analysis. In this manner, the campaign can be altered to focus in on the most effective media throughout the program. All responses from prospective bidders are logged by date and source into our advertising response computer software system allowing reporting and analysis on a real time basis.

**Telemarketing:** After market segmentation, we will utilize all information to develop a plan for our team of personnel to contact potential purchasers to introduce them to the upcoming auction and also provide them the information concerning due diligence evaluation / bidder qualifications.

Inquiries will be handled on a real time basis for both the dissemination of promotional materials and due diligence packages. We believe that it is of critical importance to recognize that typical prospective purchaser questions and objections are answered and dealt with differently in an auction marketing setting, especially in the Bankruptcy Court Arena.



# AUCTION MARKETING PLAN
## *The Warren Sapp Bankruptcy Estate*

**E-Platforms:** The Event will be prominently featured on Fisher Auction Company's website (www.fisherauction.com). Our site receives thousands of hits on a weekly basis. We will also list on appropriate-targeted real estate and residential sites (loopnet.com, auctionzip.com, nationalrealestateauctions.com, homes.com, zillow.com, viviun.com, luxuryhomes.com, Propertyauction.com, cmail, fastemailflyers.com, realtor.com, all social media outlets, etc.).

**Public Relations:** A valuable aspect of an auction marketing program is the public relations campaign. Properly conceived programs often result in the generation of free positive publicity at the level of ten (10) times the direct media placement budget. Utilizing our public relations firm to plan and coordinate international, national, regional and local focus, we are confident the public relations campaign will effectuate results on behalf of the auction effort, especially for this type of property.

**Auction Methodology:**

The Property will be offered to the highest and successful bidder subject to the Court's / Trustee's final approval and acceptance of price.

**Escrow Deposits:**

In order for a bidder to qualify to register and receive a bidder's number on auction day, we will require the bidders to show proof of a $250,000.00 cashier's check deposit in U.S. funds, payable to the Law Firm's Trust Account representing Mr. Welt in this case, which will become a portion of their escrow deposit if they are the successful purchaser.

By requiring cashier's check deposits, we are assured bidders are serious and financially qualified.

The high bidder must also tender an additional deposit bringing the total deposit to an amount equal to 10% of the purchase price auction day in the form of a personal or business check drawn on a U.S. bank.

**Real Estate Sales Contract:**

The highest bidder will execute a "Non-Contingency - All Cash" Real Estate Sales Contract auction day with no post due diligence period.

The 10% Deposit is forfeited as liquidated damages if the Purchaser does not close the transaction. We recommend the Court approve the immediate backup bidder in case of a default.

**Property Guarantees:**

The Property will be sold in its "As Is", "Where Is" condition and with all faults, with no guarantees or warranties express or implied.



# AUCTION MARKETING PLAN
## *The Warren Sapp Bankruptcy Estate*

The only guarantee is that Court / Trustee is able to pass title free and clear of all liens and monetary encumbrances. This is accomplished through the U.S. Bankruptcy Court 363 Sale.

**Real Estate Closing:**

The closing will take place within thirty (30) days from the Court's approval with a court entry approving the sale and will be coordinated through Mr. Welt's designated Law Firm's office.

**Property Information Package:**

Our experience selling real property and conducting bankruptcy auctions of properties over the last forty (40) years has taught us that the better a buyer is informed about the property prior to buying, the more they will pay for the property.

We will prepare and provide via hard copy, cd rom and for download from our website to interested potential purchasers, complete property information packages detailing information such as an executive summary, improvement data, floor / site / building plans, property photographs, property survey, location maps, area overview, real estate taxes, legal description, Court approved bid procedures / terms and conditions, broker participation form, real estate sales contract, etc.

**Marketing Campaign Budget:**

The marketing campaign funds are a necessity to conduct the Event. The Bankruptcy Estate is responsible for these "Hard" marketing and promotional costs to conduct the auction, which are estimated to be $22,800.00. We have prepared the detailed line by line specially designed marketing campaign budget, encompassing all costs, for all parties review and will provide a complete expense portfolio with copies of paid invoices, advertisements, etc. verifying each expense.

<u>The amount proposed for marketing and advertising expenses is based on over 40 years of national and international experience of conducting major real estate sales initiatives with closings in excess of $2 billion.</u>

All promotional materials will require the Trustee's approval signature before any printing / placement takes place. The promotional costs will be advanced to Fisher Auction Company at the time of Court appointment.

**Real Estate Commissions:**

Real estate commissions will be paid by the successful purchaser not the Bankruptcy Estate in the form of a 10% Buyer's Premium, which will be charged to the final bid price and it will be included in the total contract price.



# AUCTION MARKETING PLAN
## *The Warren Sapp Bankruptcy Estate*

*Please note that the buyers get very involved in our auction process and the buyer's premium often results in an overall much higher than anticipated auction contract price. This is an internationally accepted method of auction sales and enhances our seller's net results.*

It is our policy to encourage and work with the brokerage community to participate in the Event and we offer a procuring cause broker a portion of the real estate commissions.

<u>Definition</u>: "Procuring cause broker" by definition is any duly licensed real estate broker who properly registers a client who becomes the successful bidder and closes the transaction.

The 10% Buyer's Premium will be divided as follows:

- 6% of the bid price will be paid to Fisher Auction Company.
- 3% of the bid price will be paid to a "procuring cause broker". If there is no procuring cause broker involved in the sale of the property, the 3% will be retained by the Bankruptcy Estate.
- 1% of the bid price will be paid to the unsecured creditors.

**<u>Project Coordinator:</u>**    Lamar Fisher, President and C.E.O. of Fisher Auction Company will be the project coordinator for this event and will oversee the entire auction process keeping all parties informed through weekly progress reports.

**<u>Conclusion:</u>**    Fisher Auction Company is an internationally recognized firm with over 40 years experience as the "Standard of Excellence" in the field of auction marketing. Our previous experience in conducting major real estate sales initiatives is extensive.

**We know we can obtain the highest net realizable value for the Court / Trustee through this auction marketing plan - not a liquidation value but real market value.**

Thank you for giving Fisher Auction Company the opportunity to present this proposal. We look forward to the opportunity to maximize the value of this Property and are prepared to meet any court required documents as it deems appropriate; e.g. affidavit of disinterestedness, posting of a bond, etc.

**fisherauction.com**

*The Standard of Excellence*



II.  Auction Marketing Budget



**Auction Marketing Budget**
**By Order of the U.S. Bankruptcy Court**
**Kenneth A. Welt, Trustee, Case No. 12-17819-B KC-BBR**
**11049 Bridge House Road, Windermere, Florida 34786**

| Media | Section of Paper | Dates | Apx. Size | x | Total |
|---|---|---|---|---|---|
| Wall Street Journal - National Edition | Distinctive Properties | | 2 col x 3" | 1 | $ 4,012.83 |
| New York Times - Sunday Homes | Property Showcase | | Modular | 1 | $ 1,882.40 |
| Orlando Sun Sentinel | Sunday Homes - Full Run | | 3.22" x 3" | 2 | $ 890.73 |
| Orlando Sun Sentinel | Front Page Color Banner on Sports Section | | 10" x 3" | 1 | $ 2,022.03 |
| Orlando Business Journal | Homes - Sat/Sun | | 3.25" x3" | 2 | $ 1,200.31 |
| Southwest Orlando Bulletin | Local Bi-Weekly | | 1/4 Page | 1 | $ 588.25 |
| New York Resident | Display | | 1/2 Page | 1 | $ 705.90 |
| *Listings:* auctionzip.com naarealestateauctions.com homes.com zillow.com | | | | 1 | n/c |
| luxuryhomes.com | Listing | | | 1 | $ 588.25 |
| Vivun.com | International Listing | | | 1 | $ 92.94 |
| Propertyauction.com | Feature listing | | | 1 | $ 176.48 |
| Fisher Auction Lists - all | Epush to 40,000+/- (International/National) | | | 1 | $ 69.41 |
| Loopnet | Listing / SEO campaign | | | 1 | $ 647.08 |
| Fasternalflyers.com | Area Realtors | | | 8 | $ 141.18 |
| Propertyblasthomes.com | State of FL Realtors | | | 1 | $ 776.43 |
| Realtor.com | Feature Property Listing (zip code) | | | 1 | $ 656.49 |
| **Social Media Optimization/Social Media** | | | | | |
| Public Relations Campaign | Ryan Julison P.R. Firm | | | | $ 2,500.00 |
| Budget Preparation & Implementation, Media Research, Layout and Placement | | | | 1 | $ 895.00 |
| Facebook Ad Campaign | | | | 1 | $ 250.00 |
| **Data Base Research and Direct Mail** | | | | | |
| Brochure - 4 Color, Hi-gloss Card Stock | Full Color, Full Bleed | 1,000 | | 1 | $ 817.67 |
| Artwork Production / Typesetting / Internet Design | | | | 1 | $ 895.00 |
| Mail Lists | Surrounding Area residents 1million+ and professional athletes/performers within 100 miles | | | 1 | $ 411.78 |
| First Class Postage with handling | Includes fulfillment | 700 | | 700 | $ 595.00 |
| **Other** | | | | | |
| Professional Photography and Video | Aerial / Onsite | | | 1 | $ 1,200.00 |
| Signage | Realtor Sign - Post | | | 1 | $ 352.95 |
| Property Information Packages | Research, compilation, printing, cd's | | | 1 | $ 150.00 |
| Telemarketing | | | | 1 | $ 69.00 |
| Broker Open House Event | Refreshments, Property Packets | | | 1 | $ 150.00 |
| Auction Day Event, Telephone Bidding Peripherals, Refreshments, Bidder Packets | | | | 1 | $ 300.00 |
| | | | | TOTAL | $ 22,837.10 |

This Marketing and Promotional Schedule is merely an estimate and is not intended as a term or condition of the Auction Contract, unless expressly identified as such. The above cost projections are based on current advertising rates and are subject to change.

APPROVED: _____    DATE: _____



III.    Corporate Profile



# COPORATE PROFILE



351 S. Cypress Road, Suite 210
Pompano Beach, Florida 33060-7159
954.942.0917 • 800.331.6620
954.782.8143 Facsimile
info@fisherauction.com
www.fisherauction.com

Complete service with honesty and integrity provide the foundation for creating the **"Standard of Excellence"** – the corporate benchmark embraced by Fisher Auction Company for over 39 years of continuous business. This Real Estate Marketing Firm was established in 1967 as a family owned and operated business.

Our services include Auctions (Live / Online), Conventional Transactions, and Sealed Bids of Real Property, Notes, Portfolios and Personal Property. We also provide consulting services, appraisal services with affiliated divisions for Receiverships and Property Management. The Firm has been consistently ranked as one of the top ten Auction Marketing Firms in North America having conducted successful sales initiatives in 46 States, Puerto Rico, Mexico and the U.S. Virgin Islands. Through its affiliations with major industry associations, Fisher Auction Company offers services with proven results.

Fisher Auction Company is comprised of highly trained and skilled individuals with backgrounds in Auctioneering, Real Estate, Development, Finance, Accounting, Law, Appraising, Banking, Sales and Marketing. Our Firm was one of nine National Companies selected to conduct Multiple Asset Auctions and Sealed Bids throughout the United States, Puerto Rico and the U.S. Virgin Islands for the Resolution Trust Corporation (RTC) and the Federal Deposit Insurance Corporation (FDIC). Fisher Auction Company pioneered the first series of successful Real Property Foreclosure Auctions in the Southeast on behalf of a major Lending Institution along with conducting one of the largest ever Online Auction selling 2,100 individual properties. We also have national and local experience with Court Ordered Sales for many U.S. Federal Bankruptcy Divisions and State Circuit Court Divisions.

The Firm is currently owned and managed by second and third generation family members of Fisher Auction Company. Our Chairman and Founder is a distinguished member of the National Auctioneers Association "Hall of Fame" and our President / CEO is the current Mayor for the City of Pompano Beach, Florida.  We are dedicated to a superior code of ethics with the highest degree of professionalism. Our reputation has and continues to be built on one successful Sale and Auction at a time.

**fisherauction.com**
*The Standard of Excellence*



**FISHER** AUCTION COMPANY

# Lamar P. Fisher, CAI, AARE



Lamar P. Fisher
President / CEO
lamar@fisherauction.com
954.942.0917 x 13

Lamar P. Fisher is a fourth generation resident of Pompano Beach, Broward County, Florida. He holds a degree from Palm Beach Community College; is a graduate of the Certified Auctioneers Institute (CAI); and is an Accredited Auctioneer in Real Estate (AARE), the highest designation awarded by the Auction Marketing Institute.

Fisher represents the third generation of executive leadership for Fisher Auction Company as its President and CEO. For 30 years, he has devoted his entire career life to all aspects of the auction industry, and remains exclusively committed to the concept of Auction Marketing for real estate.

He is responsible for directing the daily activities of his company, which include every phase of development, from proposal writing and making presentations, conducting auction events, and closing the transactions.

Fisher Auction Company is recognized internationally for its timely disposition of non-performing assets / notes, and the ability to convert them to cash. In the wake of the savings and loan crisis, the United States Congress passed federal legislation known as The Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), which established the Resolution Trust Corporation (RTC) to close hundreds of insolvent thrift institutions and liquidate their holdings. Lamar and Fisher Auction Company were among a very select few commissioned to auction those assets / notes, and were chosen specifically to conduct the feature event in Washington, D.C.

Fisher was engaged by the City of North Port, Sarasota County, Florida to conduct an on-line only auction for over 2,000 land parcels. This initiative set an unsurpassed record for the largest real estate auction ever conducted on the internet for a single event.

With Fisher's proven leadership, professionalism and dedication to the Auction Industry, he continues to lead Fisher Auction Company in being one of the top firms in the country serving Lenders, Receivers, Developers, Governmental Agencies, Trust Companies, Private and Public Equity Firms and REITS.

Mr. Fisher currently is licensed in Florida, Georgia, South Carolina, North Carolina, Kentucky and Virginia.

Fisher is the current Mayor for the City of Pompano Beach; Past Distinguished Governor for the State of Florida in Kiwanis and Founder of the International K-Kids Clubs; and has been the recipient of innumerable awards for his humanitarian service.

**fisherauction.com**
*The Standard of Excellence*



IV.    Partial Client List / Affiliations



# PARTIAL CLIENT LIST

Fisher Auction Company has been providing quality Auction Marketing Services to a wide range of Sellers for more than 39 years.

**BANKS / FINANCIAL INSTITUTIONS:**
American Federal Savings Bank, Texas
American National Bank, Florida
AMRESCO, Texas
AmWest Savings Bank, Texas
Associated Bank
Banc One, New Hampshire
Banco Bilbao Vizcaya, Puerto Rico
Bank of America
Bank Atlantic, Florida
Bank of Durango, Colorado
Bank United
Barnett Bank, N.A., Florida
Bayview Financial
BB&T
Bluebonnet Savings Bank, Texas
Boatmen's Trust Company, Missouri
Bonnet Resources Corporation, Texas
Citibank, Arizona
City National Bank, Florida
CNLBank
Colonial Bank
Comerica Trust Company, Florida
Comerica Bank, Florida
Commercial Bank & Trust, Florida
Community Bank of Homestead, Florida
County National Bank, Florida
Fleet National Bank
First Federal Savings Bank, Puerto Rico
First Gibraltar Savings Bank, Texas
First Heights Bank, Texas
First Madison Bank, Texas
First Union National Bank of Florida
First United Bank, Florida
Fleet Bank
Franklin Federal Bankcorp, Texas
Glendale Federal Savings Bank, Florida
Guaranty Federal Savings Bank, Texas
Heller Financial, Inc.
Hospital Trust, Rhode Island
KeyBank, N.A.
M. & G. Trust Company, Wisconsin
Merrill Lynch Trust Company, Florida
NationsBank, Florida
Ocean Bank
Perpetual Savings, Virginia
Ponce Federal Savings Bank, FSB, Puerto Rico
Puerto Rico Farm Credit, Puerto Rico
R & G Federal Savings Bank, Puerto Rico
Regions Bank
Republic Bank, Florida
Republic National Bank, Florida
Republic National Bank of New York
Republic Securities Bank, Florida
Roig Bank, Puerto Rico
Royal Bank of Canada, Puerto Rico
Sabal Trust Company
SouthTrust Bank
Sun Bank Trust Company, Florida
Synovus Trust Company, N.A.
Texas Trust Savings Bank, Texas
Union Planters Bank
UPS Capital Business Credit
Wells Fargo Bank

**STATE AGENCIES:**
State of Florida
State of Texas
State of South Carolina
State of Michigan
**FEDERAL AGENCIES:**
Defense Reutilization and Marketing Service
Fannie Mae
Farmers Home Administration
Federal Aviation Association
Federal Deposit Insurance Corporation
Federal Savings & Loan Insurance Corporation
General Services Administration
Internal Revenue Service
Resolution Trust Corporation
Small Business Administration
United States Marshal's Service
**ASSET MANAGEMENT COMPANIES:**
AM & G Asset Management, Inc., Arizona
Consolidated Asset Recovery Corp., Connecticut
CSW Associates, Inc., Florida
Famco Services, Inc., Texas
Financial Conservators, Inc., Maryland
H.M. Heckle & Co., Inc., Tennessee
J.E. Roberts & Co., Connecticut
Kevin K. Nunnick & Associates, Kansas
Kilburn-Young, Georgia
Michael Moecker & Associates
Midland Loan Services, L.F., Missouri
Newmark Real Estate Services, New York
Northcorp, Texas
Ontra Management, Inc., Texas
Real Estate Recovery, Inc., Florida
Recoll Management Corporation, Massachusetts
Tecton, Florida
Temple Inland Properties, Inc., Texas
Trammel Crow, Texas
**CORPORATE AMERICA:**
Amoco Oil Corporation
Chevron Oil Corporation
Exxon Oil Corporation
Ford Consumer Finance Company, Inc.
Levitt & Sons
G.E. Capital
ITT Commercial Finance Corporation
Kentucky Life Central Insurance Company
McDonald's
Shell Oil
**BANKRUPTCY COURTS:**
U.S. Bankruptcy Court, Central District of California
U.S. Bankruptcy Court, District of Connecticut
U.S. Bankruptcy Court, District of Iowa
U.S. Bankruptcy Court, District of New Jersey
U.S. Bankruptcy Court, District of Puerto Rico
U.S. Bankruptcy Court, District of Wisconsin
U.S. Bankruptcy Court, Eastern District of Michigan
U.S. Bankruptcy Court, Middle District of Florida
U.S. Bankruptcy Court, Middle District of Tennessee
U.S. Bankruptcy Court, Northern District of Florida
U.S. Bankruptcy Court, Northern District of Washington
U.S. Bankruptcy Court, Southern District of Florida
U.S. Bankruptcy Court, Southern District of Georgia
U.S. Bankruptcy Court, Western District of Michigan
U.S. Bankruptcy Court, District of New Mexico


fisherauction.com
*The Standard of Excellence*


FISHER
AUCTION COMPANY

# AFFILIATIONS


www.auctioneers.org

**The National Auctioneers Association** promotes the auction method of marketing and enhances the professionalism of its practitioners. **NAA** member auctioneers are at the top of their field in the auction business. Ethical, accredited and technology-savvy, **NAA** members are professionals well versed in the psychology of selling. Their education, experience and networking capabilities stimulate competition among bidders, securing you the highest price per sale.


www.floridaauctioneers.org

**The Florida Auctioneers Association** is the organization for the professional auctioneer who performs auctions in the State of Florida. It was established to allow a medium in which the professional auctioneer can stay abreast of the latest auction procedures, education, license law changes and other events that would effect the auction profession.


www.floridaauctioneers.org

**The Certified Auctioneers Institute** is the most prestigious designation awarded in the auction industry. Designed for leaders in the industry and auction firm decision-makers, the **CAI** is an executive development program focused on developing the skills and providing the tools necessary to run a top-notch auction firm.


www.realtor.org / www.r-world.com

**National Association of Realtors / Realtor Association of Greater Fort Lauderdale** A real estate agent is a **REALTOR** when he or she becomes a member of one or more of the 1,700 local associations of **REALTORS** and subsequently becomes a member of the **NATIONAL ASSOCIATION of REALTORS**, the world's largest professional association and subscribes to its strict Code of Ethics.


www.floridaauctioneers.org

**Accredited Auctioneer, Real Estate** is the professional designation awarded by the **NAA Educational Institute** to qualified real estate auctioneers who meet the educational and experiential requirements of the Institute.


www.bbasdfl.org

**The Bankruptcy Bar Association** assists members, bankruptcy law practitioners, and the public by serving as a ready source of information on practice and procedure before the United States Bankruptcy Court for the Southern District of Florida,.


www.flabrokers.com

**Florida Commercial Brokers Network** is an affiliation of independent real estate companies providing world class commercial brokerage and property management services throughout the state.

**fisheauction.com**
*The Standard of Excellence*


FISHER AUCTION COMPANY

V.  Auction Marketing
    Services Summary



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| Bank Owned Property<br>Eustis, FL | 381 Unit Self Storage Facility with a Single Tenant Office Building | Sold and Closed for 86% of Appraised Value | $1,350,000.00 |
| By Order of the U.S. Bankruptcy Court<br>West Palm Beach & Jupiter, FL | 4 Properties consisting of Office, Industrial, Retail & Investment Properties. | Sold and Closed Pre-Auction for 175% of Debt Service | $2,800,000.00 |
| By Order of the U.S. Bankruptcy Court<br>Auburndale, FL | A 58,800± Distribution Warehouse and Offices on 5.5± Acres | Sold and Closed for 98% of Broker Opinion of Value | $885,000.00 |
| Florida Grande Motor Coach Resort<br>Webster, FL | A 235± Acre Luxury Motor Coach Resort with 257 Lots | Sold and Closed for 100% of Reserve Price | $2,250,000.00 |
| "Villa Volterra"<br>Delray Beach, FL | A Waterfront Estate with 6,300± SF of Living Area | Sold and Closed Pre-Auction for 131% of the Reserve Price | $3,150,000.00 |
| By Order of the U.S. Bankruptcy Court<br>"Merendon Mining"<br>Jamestown & Gilpin County, CO | Title to the Mineral, Gas, Oil Rights, Equipment, Inventory, Gold and Finished Gold Products | Sold and Closed for 110% of the Stalking Horse Offer | $1,145,000.00 |
| Boulder Pointe Condominiums<br>Edgewater, FL | Eight Waterfront Condominiums | Sold and Closed 100% of Inventory Offered | $2,235,750.00 |
| Ocean Front Estate Homes<br>Golden Beach, FL | Two Ocean Front Estate Homes each over 5,000 SF of Living Area | Sold and Closed at Absolute Auction | $11,200,000.00 |
| Estate Home on Famous Star Island<br>Miami Beach, FL | Waterfront Estate Home with over 8,000 SF of Living Area | Sold and Closed for 121% of Reserve Price | $12,720,000.00 |
| Lender Ordered<br>"Corporate Park at Inverrary"<br>Lauderhill, FL | Two Office Buildings Totaling 122,441± SF | Sold and Closed - Preemptive Offer | $4,600,000.00 |
| Mizner Lakes Estate Home<br>Boca Raton, FL | An Estate Home with 6,835± SF of Living Area | Sold and Closed for 96% of Appraised Value | $2,000,000.00 |
| "Nautica By The Sea"<br>Ormond Beach, FL | A 2.89± Acre Oceanfront Development Site | Sold and Closed or 135% of Minimum Bid | $742,500.00 |
| By Order of Court Ordered Receivership<br>"Metro One Convenience Store"<br>Okeechobee, FL | A Petroleum Facility with Convenience Store | Sold and Closed for 117% of Seller's Expectations | $935,000.00 |
| "Hickory Bay Boat House"<br>Bonita Springs, FL | 18 Marina Wet Slips | Sold and Closed 100% of Remaining Wet Slips | $324,870.00 |

fisherauction.com

*The Standard of Excellence*

**FISHER** AUCTION COMPANY

# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| By Order of Corporate Owner "Oasis" Condominiums Ft. Myers, FL | 40 Waterfront Condominiums Sold Auction Day and 13 Condominiums Sold Pre-Auction | Sold and Closed for 98.5% of Broker Opinion of Value | $10,700,000.00 |
| By Order of U.S. Bankruptcy Court "The Residences at The Falls" Miami, FL | 335 Condominiums Sold as One Unit of Sale | Sold and Closed for 157% of Minimum Bid | $14,100,000.00 |
| "Villas of Ocean Ridge" Condominium Ocean Ridge, FL | 3 Bedroom, 2 Bathroom Oceanfront Condominium | Sold and Closed for 100% of Minimum Bid | $550,000.00 |
| By Court Ordered State Receivership "Bayview Petroleum, Inc." Fort Lauderdale, FL | Petroleum Facility with Convenience Store | Sold and Closed for 99% of Broker's Opinion of Value | $715,000.00 |
| By Order of U.S. Bankruptcy Court Glenn Wright Construction and Developments, Inc. Ft. Lauderdale, FL | 5 Luxury Homes in Various Stages of Completion and 1 Single Family Lot | Sold and Closed for 99% of Current Appraised Value | $3,691,000.00 |
| "The Vue at Lake Eola" Bankruptcy Auction Orlando, FL | 165 Condominiums and 7,500± SF of Retail Space Sold as One Unit of Sale | Sold and Closed for 130% of Minimum Bid | $25,900,000.00 |
| Ordered Sold by Developer "Marsh Harbour" Riviera Beach, FL | 65 Townhomes and Villas | Sold and Closed 100% of Remaining Townhomes and Villas | $2,886,142.00 |
| "The Retreat" Development Attached Villa Hope Sound, FL | A 2 Bedroom, 2 Bathroom Villa with 1,576± SF in | Sold and Closed for 268% of Reserve Price | $134,200.00 |
| Office Building Jupiter, FL | A 2 Story 9,000± SF Executive Office / Retail Building | Sold and Closed for 154% of Reserved Price | $1,540,000.00 |
| Online Real Estate Auction The Seasons at Biltmore Lake Candler, NC | 72 Luxury Condominiums Selling in (3) 24-Unit Blocks | Sold and Closed for 129% of Reserved Price | $4,312,000.00 |
| Ordered Sold by Developer Cocoa Village Marina Cocoa, FL | 61± Marina Wet Slips | Sold and Closed 100% of Remaining Wet Slips | $1,610,950.00 |
| By Order of Receiver Ocean Dunes Condominium Melbourne Beach, FL | Remaining 68 Brand New Ocean View Condominiums | Sold and Closed 100% of Remaining Units Sold | $16,300,000.00 |

fisherauction.com
*The Standard of Excellence*

FISHER
AUCTION COMPANY

# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| Order of U.S. Bankruptcy Plan Administrator Bentley Bay Condominiums Miami Beach, FL | Remaining 3 Brand New Water Front Condominiums | Sold and Closed for 99% of Broker Opinion of Value | $2,946,800.00 |
| Lender Ordered Auction Riviera Condominiums Ft. Myers, Florida | Remaining 75 Brand New Water Front Condominiums | Sold and Closed 100% of Condominiums Offered | $13,451,550.00 |
| Regions Bank & Other Financial Institutions Ft. Lauderdale, West Palm Beach & Palm Bay, FL | Office-Warehouse Condos, Single Family Homes & Townhomes | Sold 17 of 19 Properties Offered | $2,041,650.00 |
| Former Super One Stop Court Order State Receivership Orlando, FL | A 7,600± SF Petroleum Facility with a Convenience Store, Oil Change Station and Car Wash on 1.4± Acres | Sold for 98% of Broker Opinion of Value | $2,447,500.00 |
| Maxim Enterprises, Inc. Bankruptcy Auction Ft. Lauderdale, FL | 54 Residential Properties throughout Miami-Dade, Broward & Palm Beach Counties | Sold 100% of Properties Offered | $5,068,800.00 |
| The Place At Channelside Bankruptcy Auction Tampa, FL | 171 Condominiums and Retail Space | Sold for 127% of Reserve Price | $21,900,000.00 |
| Marina Holding, Inc. Ft. Lauderdale, FL | An 11.34+/- Acre Marina | Sold for 75% of Last Asking Price | $12,000,000.00 |
| M & J Developers, Inc. Huddleston, VA | Developer Ordered Auction of Hotel Condominiums, Single Family Homes & Residential Lots – 23 Properties | Sold 22 Properties for 68% of Last Asking Price | $4,603,550.00 |
| U.S. Bankruptcy Court Ft. Lauderdale, FL | A 6,013± SF Waterfront Home in Sunrise Key | Sold for 86% of Appraised Value | $2,310,000.00 |
| Levitt and Sons Ft. Myers, FL | Developer's Close-Out The Townhomes of San Simeon – 50 Units | Sold 50 Townhomes for 86% of Strike Prices | $6,187,500.00 |
| Major Trust Company Singer Island, FL | Intracoastal Waterway Home with 8 Rental Units | Sold for 92% of Appraised Value | $3,500,000.00 |
| Bayview Financial New Iberia, LA | 51,200± Sq. Ft. Retail Center & Out-Parcel | Sold via Institutional Sealed Bid Sale with Multiple Offers | $800,000.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| Developers Diversified Realty Illinois and South Carolina | 1 Retail Center Illinois and 1 Retail Center in South Carolina | Sold for 100% of Reserve Prices | $11,075,000.00 |
| Williamsburg Candle & Soap Factory Williamsburg, VA | A 73.74± Acre Mixed Use Redevelopment Site with Seven Buildings Totaling 261,447± SF | Sold for 148% of Reserve Price | $10,833,334.00 |
| City of North Port & Sarasota County, FL North Port, FL | Online Auction of 2,000± Escheated Residential Lots | Sold for 125% of Appraised Value | $65,890,236.00 |
| The "Truman Estate" Key Largo, FL | A 3 Bedroom, 2 ½ Bath Ocean Front Home in Exclusive Ocean Reef and a 3 Bedroom 3 ½ Bath Condominium Home in Prestigious Anglers Club | Sold for 113% of Reserve Price | $3,652,500.00 |
| The Former "Tiffany House" Fort Lauderdale Beach, FL | Historical Property Encompassing an Entire City Block | Sold for 114% of Reserve Price | $5,700,000.00 |
| "By Order of Court Receiver" Real Estate Auction Pompano Beach, FL | An Unfinished 4 Bedroom 2 Bath Waterfront Home in Lighthouse Point, FL, a 3 Bedroom, 2 Bath Home in Boca Raton, FL and a 5,960± SF Commercial Building in Pompano Beach, FL | Sold for 126% of Reserve Price | $3,097,500.00 |
| "Vado Travel Center" Bankruptcy Auction Vado, New Mexico | A 16,617± SF Travel Center on 6.3± Acres plus 11± Utilized Leasehold Acres with an additional 7.5± Acres & Liquor License | Sold for 115% of Reserve Price | $2,300,000.00 |
| Golden Isles Intracoastal Waterway Residence 531 Palm Drive Hallandale, FL | A 2 Bedroom, 2 ½ Bath Home (Redevelopment Property) | Sold for 154% of Reserve Price | $1,540,000.00 |
| 414± Acre PUD Site Northville, MI | Prime Mixed Use Development Site | Sold for 100% of Market Value | $31,500,000.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| 2 Re-Development Sites in Downtown Miami Miami, FL | A Warehouse and Parking Lot in Downtown Miami, FL | Sold for 250% of Appraised Value | $7,994,250.00 |
| Broward County Aviation Dept. Ft. Lauderdale, FL | 5 Prime Industrial Development Parcels | Sold for 284% of Appraised Value | $4,330,778.40 |
| Developers Diversified Realty Ohio & Indiana | 3 Retail Centers in Ohio and 1 Retail Center in Indiana | Sold for 109% of Reserve Prices | $12,820,000.00 |
| Former Knights Inn Motel Ocala, FL | 108 Room Closed Motel with Hurricane & Tornado Damage | Sold for 121% of Reserve Price | $1,821,106.10 |
| "The Truman Estate" Lake Wales, FL | A 4± Acre Parcel with Residence Needing Extensive Remodeling | Sold for 116% of Reserve Price | $522,500.00 |
| Waterfront Homesite Lot Miami Beach, FL | .30± Acres Residential Lot with 72± Feet on Biscayne Bay | Sold for 190% of Appraised Value | $1,942,500.00 |
| Cedar Knoll Galleria Mall Ashland, KY | 448,515± Sq. Ft. Shopping Mall on 92.7± Acres | Sold for 254% of Reserve Price | $5,090,000.00 |
| Miami Arena Miami, FL | 347,177± Sq. Ft. Arena on 4.9± Acres in Downtown Miami | Sold for 125% of Appraised Value | $28,144,445.50 |
| "The Estate of Alice Goudy" Fort Lauderdale, FL | Estate Home Ideal for Redevelopment – 3 Homes from Ft. Lauderdale Beach | Sold for 162% of Appraised Value | $1,705,000.00 |
| Magic Castle Inn & Suites Eastgate Kissimmee, FL | A Two Story Exterior Corridor 114 Room Motel | Sold for 124% of Reserve Price | $1,265,000.00 |
| Bankruptcy Auction The Hotel Escalante Naples, Florida | 69 Upscale Hotel Condominiums | Sold for $183,000.00 per Unit | $12,600,000.00 |
| The Clatie I. Patterson Trust Calera, Alabama | 3.8± Acre Development Site | Sold for 110% of Appraised Value | $781,000.00 |
| Estate of Arthur Dakin, II Amherst, Massachusetts | 36.9 Acres Development Site w/ Home and 2 Additional Ancillary Buildings | Sold for 143% of Appraised Value | $4,300,000.00 |
| Cedar Lakeside Inn Kissimmee, Florida | 197 Room Operating Lakefront Motel | Sold at 100% of Pre-Sale Estimate | $2,300,010.00 |
| Smith International Enterprises Ft. Lauderdale, Florida | 65,655± Sq. Ft. Industrial Building | Sold for 100% of Sellers Reserve Price | $3,500,000.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| Bankruptcy Auction<br>The Charles Hotel<br>Miami Beach, Florida | 118 Room Closed &<br>Condemned Hotel | Sold at Auction in<br>Circuit Court with 5<br>Registered Bidders | $4,200,000.00 |
| Bank of America, Trust<br>Department<br>Properties Throughout Florida | Land Parcels and<br>Improved Properties<br>Offered at Auction | 14 Properties Sold out<br>of 15 Properties<br>Offered for 88% of<br>Appraised Value | $4,350,000.00 |
| Bankruptcy Auction<br>Bethel Beach Club<br>Resort & Spa<br>Surfside (Miami Beach), FL | 65 Room Oceanfront<br>Hotel / Timeshare<br>Resort | Sold Pre-Auction for<br>94.5% of Estimated<br>Recovery Value | $7,100,000.00 |
| Bankruptcy Auction<br>Fairfield Inn by Marriott and<br>The Days Inn<br>West Palm Beach, Florida | 114 Room Hotel<br>154 Room Hotel with<br>Restaurant & Lounge | Sold Pre-Auction for<br>94% of Appraised Value | $9,400,000.00 |
| Heritage Apartments and<br>Hidden Gardens Apartments<br>North Miami, Florida | 2 Apartment Buildings<br>consisting of 100 Units | Sold for 126% of<br>Broker's Opinion of<br>Value | $2,300,000.00 |
| Waterfront Home<br>Lighthouse Point, Florida | 3 Bedroom, 2 Bath,<br>2,800 Square Foot<br>Home on the North<br>Grand Canal | Sold for 114% of the<br>Current Market<br>Assessment | $621,500.00 |
| Bankruptcy Auction<br>The Cadillac Hotel & Resort<br>Miami Beach, Florida | 268 Room Oceanfront<br>Hotel | Sold Pre-Auction in 39<br>Days for 95% of<br>Appraised Value | $14,250,000.00 |
| "Formerly Footec Industries,<br>Inc."<br>Miami Lakes, Florida | 150,000± Sq. Ft. Class<br>"A" Manufacturing /<br>Distribution /<br>Corporate Office<br>Facility | Sold as 1 Unit of Sale<br>for 72% of Estimated<br>Recovery Value | $5,060,000.00 |
| Bankruptcy Auction<br>Knightsbridge<br>Normandy Isle, Florida | 20 Remaining<br>Waterfront<br>Condominiums | Sold for 111% of<br>Reserve Price | $1,057,350.00 |
| The Savannahs<br>Ft. Pierce, Florida | 44± Acre Residential<br>Development Site | As one unit of sale for<br>110% of Reserve Price | $550,000.00 |
| Bankruptcy Auction<br>Maison Paco Rabanne<br>Miami Beach, Florida | 123 Miami Beach<br>Condominiums | More than 3,500<br>Vistors through the<br>Sales Center | $24,108,000.00 |
| WEI Building<br>Miami, Florida | 11,000± Sq. Ft.<br>Commercial Building | Sold for 121% of<br>Appraised Value | $665,000.00 |
| FDIC<br>Boston, Massachusetts | On-Site Foreclosure<br>Auctions for 28<br>Condominiums | Sold All 28<br>Condominiums for<br>168% of Appraised<br>Value | $2,122,000.00 |

**FISHER** AUCTION COMPANY

# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| GSA<br>Miami, Florida | 164 Acres of Wetlands | Sold Property for 500% of Appraised Value | $1,250,000.00 |
| Sun-N-Fun<br>Clearwater, Florida | 33,000 Sq. Ft. Industrial Printing Plant | Sold for 142% of Reserve Price | $649,000.00 |
| FDIC<br>CT, MA, VT, NH,<br>ME, PA, NY, NJ & V.I. | On-site Auctions in 8 states and the Virgin Islands | Sold 47 Properties for 122% of Broker(s) Opinion of Value | $3,450,000.00 |
| Gladstone Commercial Center<br>West Palm Beach, Florida | 4 Vacant Commercial Development Sites | Sold for 81% of Estimated Recovery Value | $627,000.00 |
| Corporate Liquidation<br>Orlando, Florida | 20 Land Parcels throughout the State of Florida | Sold for 86% of Broker(s) Opinion of Value | $3,150,000.00 |
| Bankruptcy Auction<br>Seacoast Towers East<br>Miami Beach, Florida | 90 Remaining Oceanfront Condominiums | More than $2,600,000.00 over creditor's expected return | $17,898,070.00 |
| FDIC<br>D.C., MD, DE & VA | 27 Commercial, Land & Residential Properties in 4 States | All Properties sold and closed for 92% of Appraised Value | $3,100,000.00 |
| G. E. Capital SBFC<br>Pompano Beach, Florida | "Le Chateau"<br>19 Unit Motel on Intracoastal Waterway | Sold for 100% of Reserve | $890,000.00 |
| M & I Trust Company<br>Phoenix, Arizona | 12 Residential Homesites as one Unit of Sale | 81% of Appraised Value | $97,350.00 |
| Pine Ridge Properties, LLC<br>Parker, Colorado | 2 Vacant Commercial Land Parcels | 80% of Estimated Recovery Value | $690,140.00 |
| South Florida Auction<br>Dade County, Florida | 20 Land, Commercial & Residential Properties | 12 Properties for 92% of Broker's Opinion of Value | $284,100.00 |
| Development Site<br>Lauderhill, Florida | 2.42± Acre Commercial Site | Absolute to the Highest Bidder | $250,250.00 |
| G.E. Capital SBFC<br>Tupelo, Mississippi | Commercial Building | Sold for 101% of Reserve | $26,500.00 |
| G.E. Capital SBFC<br>Miami, Florida | 29,000 Sq. Ft. Commercial Building | 101% of Estimated Recovery Value | $925,000.00 |
| "Pine Tree Village"<br>Boynton Beach, Florida | Retirement Community 3 Bedroom, 2 Bath Single Family Home | Absolute at or Above $95,000.00 | $107,800.00 |
| Winston Towers Condominiums<br>Miami Beach, Florida | Residential Condominium 2 Bedroom, 2 Bath | 92% of Estimated Recovery Value | $91,300.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| G.E. Capital SBFC<br>Punta Gorda, Florida | Commercial Property /<br>Batting Cage Facility | 98% of Estimated<br>Recovery Value | $90,000.00 |
| Barnett Asset Management<br>Santa Rosa County, Florida | 197± Acre<br>Parcel of Land | Sold As One Unit of<br>Sale | $489,500.00 |
| G.O.R.E. Auction<br>Miami, Florida | 4 Seized Properties for<br>U.S. Attorney's office<br>Southern District | 4 for over 90% of A.V. | $405,000.00 |
| Huntley Jiffy FF Trust<br>Jacksonville and Orlando, Florida | Over 50 surplus Land<br>Development Sites | 28 for 94% of Broker's<br>Opinion of Value (BOV) | $1,112,950.00 |
| Florida Dept. of Insurance<br>West Palm Bch and Vero Bch, Fl | 3.67± Acre Vacant<br>Parcel and Multi-Family<br>Site | 93% of Estimated<br>Recovery of Value | $202,950.00 |
| Shadow Mountain Ranch &<br>Resort<br>Granby, Colorado | 18 Residential<br>Homesites | 7 at Absolute Auction<br>for 70% of A.V. | $704,550.00 |
| Citibank Apartment/Tax Credit<br>Auction - Miami, Florida | 182 Units in Seven<br>Different Buildings | Conducted Sale for 5<br>Different Bank<br>Participants | $1,815,000.00 |
| Timeshare Auction<br>Tierra Verde, Florida | 500 Timeshare Weeks | All 500 Units Closed | $167,105.29 |
| Oceanview Condominium<br>Singer Island, Florida | 3 Bedroom 4 1/2 Bath<br>Condominium | 96% of Estimated<br>Recovery Value | $225,500.00 |
| Estate Residence<br>Coral Springs, Florida | 5,600± Square Foot<br>Home on 1± Acre | 90% of Estimated<br>Recovery Value | $365,000.00 |
| Turkey Hill Farms<br>Dutchess County, New York | 4 Parcels of Land<br>Totaling 301 Acres | Sold for 91% of<br>Estimated Recovery<br>Value (ERV) | $660,000.00 |
| Luxury Estate<br>Santa Fe, New Mexico | 6,000 Square Foot<br>Luxury Home | Closed on Largest<br>Home in Santa Fe's<br>exclusive Subdivision | $1,210,000.00 |
| Department of Marketing<br>Reutilization Services<br>1 Year - National Contract to | Selling Used<br>Department of the<br>Defense Inventory by<br>Auction and Sealed Bid<br>initiatives | Highest % of Return of<br>Any National<br>Contractor | $8,000,000.00± |
| U.S. Bankruptcy Court<br>District of Connecticut | 11,750±  Square Foot<br>Luxury Waterfront<br>Home<br>at "Admiral's Cove" in<br>Jupiter, Florida | Sold for 96% of<br>Estimated Recovery<br>Value (ERV) | $1,749,000.00 |
| FDIC Sealed Bid<br>Franklin, MA | 12 Land, Residential &<br>Commercial Properties<br>throughout the<br>Northeast | Sold 8 Properties @<br>87.5% of A.V. | $758,921.57 |

fisherauction.com

*The Standard of Excellence*

**FISHER**
AUCTION COMPANY

# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| G.O.R.E. Auctions<br>Ft. Lauderdale / Miami, Florida | 45 Mixed Properties throughout Florida | Sold 40 Properties @ 91% of A.V. | $5,179,050.00 |
| FDIC Fall Auctions throughout 9 Northeastern States | Over 400 Residential, Commercial, Land and Multi-Family Properties | 386 @ 73% of A.V. | $25,296,000.00 |
| FDIC Sealed Bid<br>Downtown New York City, NY | Residential Apartment Units and Development Site | Entire Complex at 130% of Reserve | $1,302,000.00 |
| RTC Sealed Bid / Auction<br>Cleveland, TN | 2 Commercial Properties & F.F. & E. | 2 @ 124 % of A.V | $3,406,000.00 |
| RTC Sealed Bid / Auction<br>Nashville, TN | 1 Commercial Property | 1 @ 103% of B.O.V. | $205,000.00 |
| FDIC New England Area Auctions | 255 Residential Properties throughout New England | 212 @ 74.8% of A.V. | $8,066,410.00 |
| FDIC Sealed Bid<br>Northeast / New England | 14 Commercial / Land Properties | 11 @ 90% of A.V. | $4,463,107.00 |
| RTC Auction<br>Phoenix and Colorado Springs | 47 Commercial, Residential & Land Properties | 47 @ 92% of A.V. | $6,723,500.00 |
| FDIC Grand Finale Auctions / Florida | 115 Commercial, Residential & Land Properties | 109 @ 106.8% of A.V. | $30,000,000.00 |
| FDIC Auction<br>Ft. Myers, Florida | Waterfront Marina | Single Asset for 120% of Reserve | $1,870,000.00 |
| RTC Auction<br>Memphis, Tennessee | 26 Affordable Housing Residential Properties | 26 @ 86 % of A.V. | $719,050.00 |
| RTC Auction<br>Memphis, Tennessee | 5 Conventional Properties | 5 @ 77% of A.V. | $463,700.00 |
| RTC / Bankruptcy Auction<br>Newark, New Jersey | Crystal Springs Golf Course and Residential Development | Single Asset for 102 % of A.V. | $10,500,000.00 |
| RTC Auction<br>Nashville, Tennessee | 48 Affordable Housing Residential Properties | 48 @ 87 % of A.V. | $1,592,000.00 |
| RTC Auction<br>Nashville, Tennessee | 18 Conventional Properties | 16 @ 74% of A.V. | $2,195,450.00 |
| Southern Six State Auction<br>Orlando, Florida and Atlanta, Georgia | Over 50 Properties Throughout Six Southern States | Sold and Closed 23 Properties for over 86% of Brokers Opinion of Value | $621,100.00 |

fisherauction.com

*The Standard of Excellence*

**FISHER** AUCTION COMPANY

# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| RTC Auction<br>Bayfield, Colorado | 400± Resort Acres | Sold Entirety at 92% of Appraisal | $620,000.00 |
| FDIC / FDIC Servicers Auction<br>Northeast / New England | 382 Land Properties in 8 New England States | 326 Properties | $22,150,000.00 |
| Whirlwind Multi-Seller Auction<br>Houston & Dallas, Texas | Residential, Land and Commercial properties throughout Texas | 41 Properties | $2,103,800.00 |
| Multi-Seller (Puerto Rico)<br>Mayaguez and San Juan | Over 60 Residential, Commercial and Land Properties throughout Puerto Rico | 64 Properties | $3,002,000.00 |
| FDIC - Sealed Bid Auction<br>New Haven County, Connecticut | 89 Single Family Real Estate Properties | 70 Properties | $1,496,545.00 |
| Marina Bankruptcy Auction<br>Ft. Lauderdale, Florida | 34± Acre Marina Development Assemblage<br>(11 Total Properties) | 11 Properties | $4,204,000.00 |
| RTC Auction<br>Memphis, Tennessee | 56 Affordable Housing Residential Townhouse Properties | 56 @ 136% of Book Value | $1,855,870.00 |
| First Federal Savings Bank<br>Isla Verde, Puerto Rico | Over 35 Residential, Commercial & Land Properties throughout Puerto Rico | 37 Properties | $10,120,000.00 |
| FDIC Auction<br>Houston, Dallas &<br>Austin, Texas | 200 Land Parcels/ Properties | 200 Land Parcels/ Properties | $24,500,000.00 |
| FDIC Auction<br>Houston, Texas | 190 Residential, Commercial and Land Properties | 190 Residential, Commercial and Land Properties | $7,753,000.00 |
| FDIC Auction<br>Phoenix, Arizona<br>Denver, Colorado | 56 Residential, Commercial and Land Properties | 52 Residential, Commercial and Land Properties | $5,500,500.00 |
| Exxon/Multi-Seller Auction<br>Houston/Dallas<br>Texas | 120 Residential, Commercial and Land Properties | 91 Residential, Commercial and Land Properties | $4,300,000.00 |
| FDIC<br>West Palm Beach<br>Florida | 205 Single Family Condominium Units | 205 Single Family Condominium Units | $6,100,000.00 |
| FmHA Auction<br>Puerto Rico | 166 Single Family Financial Instruments/Loans | 166 Single Family Financial Instruments/Loans | $750,000.00 |
| FDIC Auction<br>Florida Regional | 29 Commercial and Land Properties | 26 Commercial and Land Properties | $5,570,500.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| RTC Auction<br>Key Largo, Florida | Hidden Bay Townhouse Yacht Club and Marina | At 96% of Appraised Value | $1,700,000.00 |
| FDIC Auction<br>Washington, DC | 10 Residential and Commercial properties | 10 Residential and Commercial Properties | $6,568,000.00 |
| FDIC Auction<br>Kansas, Missouri | 2 Commercial Properties | 2 Commercial Properties for 102.8% of Appraised Value | $1,645,000.00 |
| RTC Auction<br>"Pride of TX"<br>Dallas, TX | 97 Commercial and Land properties | 97 Properties | $18,600,000.00 |
| TX Spring Auction<br>Dallas, TX | 61 Residential, Commercial & Land Properties | 59 Properties | $1,300,000.00 |
| FDIC "Operation Cooperation"<br>18 State Auction | 185 Properties in 18 States | Over 90% of Properties Sold | $16,300,000.00 |
| RTC Sealed Bid/Auction<br>Miami, Florida | 319 Residential Apartments/ Townhome Units & Acreage | Entire Complex as One Parcel | $8,300,000.00 |
| RTC Auction<br>Washington, D.C.<br>VA/MD/WV/DE | 160 Residential, Commercial & Land Properties | 158 Properties | $14,600,000.00 |
| BANKRUPTCY<br>AUCTION<br>Ft. Lauderdale, Florida | 12 Commercial Improved Properties | 12 Commercial Improved Properties | $8,838,250.00 |
| RTC AUCTION<br>Ft. Lauderdale & Orlando, Florida | 114 Commercial Properties throughout Florida | 114 Properties | $30,629,500.00 |
| FDIC AUCTION<br>Denver, Colorado | 37 Properties throughout Colorado, Arizona and TX | 34 Properties | $3,580,000.00 |
| FDIC AUCTION<br>Florida | 59 Commercial Properties throughout Florida | 54 Properties | $17,149,291.00 |
| RTC AUCTION<br>Miami Beach, Florida | 1 Commercial Property | Sold at 281% of Appraisal | $ 1,350,000.00 |
| RTC AUCTION<br>Houston, TX | 1 Commercial Property (RTC Houston Headquarters) | Sold at 145% of Reserve | $ 2,900,000.00 |
| RTC AUCTION<br>Houston & Nacagdoches TX | 75 Commercial and Land Properties throughout TX | 75 Properties | $ 2,987,946.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| FDIC/RTC<br>TX Auction | 247 Properties<br>throughout TX | 247 Properties | $ 2,958,435.00 |
| RTC AUCTION<br>Irving, TX | 35 Land and<br>Commercial Properties | 33 Properties in<br>TX, Oklahoma<br>and New Mexico | $2,427,100.00 |
| FDIC AUCTION<br>Shreveport, Louisiana | 110 Residential and<br>Mixed Properties | 110 Properties | $1,172,162.50 |
| RTC AUCTION<br>Houston, TX | 8 Commercial<br>Investment Properties | 7 properties | $5,375,000.00 |
| RTC AUCTION<br>Tucson, Arizona | 56 Commercial and<br>Land Properties<br>throughout Southern<br>Arizona and West TX | 56 Properties | $3,300,000.00 |
| RTC AUCTION<br>Washington, DC | 2 Commercial<br>Properties | 2 Properties at<br>127% of Reserve | $4,175,000.00 |
| RTC AUCTION<br>Orlando, Florida | 84 Commercial<br>Properties throughout<br>Florida | 84 Properties | $19,800,000.00 |
| FDIC/RTC<br>TX Auction | Over 400 Properties | 415 Properties | $2,100,000.00 |
| RTC AUCTION<br>Washington, DC<br>Arlington, VA<br>Baltimore, MD | 118 Residential and<br>Mixed properties<br>throughout Virginia,<br>Maryland and D.C. | 118 properties | $19,317,100.00 |
| BANKRUPTCY AUCTION<br>Des Moines, Iowa | 168 Unit Apartment<br>Building | One Unit of Sale | $5,720,000.00 |
| FDIC AUCTION<br>Southeast Land Auction | 8 Properties<br>throughout<br>South Carolina/Florida | 8 Properties | $4,811,650.00 |
| FDIC/RTC AUCTION<br>Massachusetts | Closed Down Hotel | One Unit of Sale | $243,000.00 |
| FDIC/RTC<br>SWPI AUCTION<br>Colorado | 34 Residential Ski<br>Condominiums<br>Mt. Crested Butte<br>Colorado | 34 at 110% of<br>Appraised<br>Value | $ 2,308,900.00 |
| FDIC/RTC<br>SWPI AUCTION TX | Over 1800 Residential<br>and Mixed Properties<br>throughout TX | 1806 Properties | $11,010,000.00 |
| FDIC Florida<br>Caravan Auction | Over 60 Residential &<br>Mixed Properties<br>throughout Florida | 60 Properties | $ 726,600.00 |
| RTC AUCTION<br>Denver, Colorado | Over 450 Residential &<br>Mixed Properties<br>throughout Colorado | 452 Properties | $5,230,000.00 |

fisherauction.com

*The Standard of Excellence*



# REAL ESTATE AUCTION MARKETING SERVICES SUMMARY

| Project & Location | Description | Results | Price |
|---|---|---|---|
| RTC AUCTION Phoenix, Arizona | Over 100 Properties throughout Arizona | 115 Properties | $1,200,000.00 |
| RTC AUCTION Albuquerque, NM | Over 300 Residential & Mixed Properties throughout New Mexico | 302 Properties | $2,975,000.00 |

## FISHER AUCTION COMPANY HAS SOLD
## OVER TWO BILLION DOLLARS
## IN CLOSED REAL ESTATE SALES

fisherauction.com

*The Standard of Excellence*



VI.    Client Testimonials



# CLIENT TESTIMONIALS

▶ **Auction of 8 Bank-owned, Waterfront Condominiums, Manasota Key, Florida**
"I would venture that it was another successful auction for Fisher Auction Co., Inc. I found the service, communication, professionalism and results to be exemplary. I would recommend Fisher Auction to others as an end game disposition strategy which will get results. I will utilize Fisher Auction again should the opportunity arise. Many Thanks."

*CNL Bank*

▶ **Luxury Waterfront Home, Star Island, Florida – U.S. Bankruptcy Auction**
The Star Island estate of embattled businessman Claudio Osorio sold for $12.7 million. "The auction went perfectly," said attorney Geoffrey Aaronson, who is representing Claudio and his wife, Amarilis, in their personal bankruptcy case.

"Maybe we should do all of the auctions by the pool on Star Island," quipped U.S. Bankruptcy Judge Robert A. Mark, who approved the sale, which formally closes Nov. 22.

*Jay Weaver, Reporter*
*Miami Herald*

▶ **Luxury Mizner Lakes Estate Home, Boca Raton, Florida**
After over 3 years of attempting to sell our home through conventional methods -- including listing with high profile, well known traditional listing agents -- we decided to sign up with Neil Saffer at Fisher Auction Company. Neil was not only extremely professional, responsive, and knowledgeable, but he sold our house at fair market value -- just like he told us he would. I was thoroughly impressed by the top notch regional, national, and international marketing and by Neil's level of attention to detail throughout the process. I would highly recommend Neil Saffer.

*Paul J. Geller*
*Robbins Geller Rudman Dowd LLC*

▶ **3 Vacant Lots, Fort Lauderdale, Florida**
"On behalf of the Board and Staff of the NCADD let me express our gratitude for your successful sale of our Florida land....The thoroughness of your marketing and advertising of our sale was well beyond what I anticipated and resulted in a windfall for the NCADD."

*Harold G. Hathaway, III*
*National Council on Alcoholism and Drug Dependence, Inc.*

▶ **Corporate Park at Inverrary, 2 Office Buildings, Lauderhill, Florida**
"We were quite happy that Fisher Auction Company provided a qualified cash buyer to purchase and close on our office complex with an acceptable pre-emptive bid just 2 days before the auction date," said Horizons' spokesperson. "We hope in the future we will acquire more properties that will lend themselves to the auction process and to use the very effective, professional services of the Fisher Auction Company."

*Herbert Hirsch, Horizon Lending, LLC*



# CLIENT TESTIMONIALS

▶ **Nautica by the Sea – 2.89± Acre Oceanfront Development Site, Ormond Beach, Florida**
"We knew we had a marketable site. It just wasn't going to be sold the traditional way since potential buyers are sitting on the sidelines waiting for the seller's floor selling price. Going to auction removes the buyers' uncertainty. We really appreciated how well Fisher guided the marketing and auction event and their experience helped generate a sales price that exceeded our expectations."

*Timothy P. Barila*
*Humphrey Development, Inc.*

▶ **18 Marina Wet Slips, Hickory Bay Boat House, Naples, Florida**
"Fisher Auction Company did an outstanding job in selling our Wet Slips.  Although the market was not what we hoped for,  Fisher Auction did everything possible to bring buyers to the closing table.  We had a choice of several auction companies and I am certain that we picked the best company in this tough real estate market."

*Ted Schiafone*
*Back Bay Improvement Group*
*Hickory Bay Boat House*

▶ **Petroleum Facility with Convenience Store/Deli/Car Wash Building, Okeechobee, Florida**
"From start to finish, seamless service, 100% communication and commitment. Price, service, buyers exceeded our expectations."

*David Legault*
*Appointed Florida Receiver*

▶ **The Riviera, Lender Ordered Auction of 75 Brand New Waterfront Condominiums, Ft. Myers, Florida**
"I thought it went really, really well. The excitement was great, the turn-out was great and obviously we sold all the units!"

"Fisher was absolutely right-on everything, very professional...the energy was terrific. I think everyone in his crew excited the crowd."

*Robert Kohn, Seller*
*The Riviera Homes for American Holdings LLC*

▶ **By Order of U.S. Bankruptcy Court, Upscale Homes throughout Fort Lauderdale, Florida**
"Thank you for a successful turn-out on the U.S. Bankruptcy Auction of the Glenn Wright properties held on Saturday, April 10th at the Embassy Suites Hotel in Fort Lauderdale, Florida. Your industry tenor was evident not only by the response generated by the auction's mechanics, but by an exceptional skill and talent of a conductor commanding an orchestra through a fast harmonious passage."

I am looking forward to working with you in the near future.
*Adrian Aizenstat, Assistant Vice President*
*Wells Fargo Bank, N.A.*



**Fisherauction.com**
*The Standard of Excellence*

Fisher Auction Company | Client Testimonials

# CLIENT TESTIMONIALS

▶ **By Order of State Receiver, 60 ocean view condominiums located in "Ocean Dunes", Melbourne Beach, Florida**

"I have never used the auction process before and I am amazed, stunned and stupefied by the results that these guys have gotten."

"They are everything and more than what they represented and they have created a level of enthusiasm and energy that created a buying environment that in my 25 years of commercial real estate I have not seen. I would do this again, again and again - I loved it."

*Scott Brenner*
*State Receiver*

▶ **65 Townhomes and Villas located in "Marsh Harbour", Riviera Beach, Florida**

"I wish I would have done the sale earlier and been done with the headache..."

*George Lopez, CEO*
*Cornerstone Group*

▶ **U.S. Bankruptcy Court, Luxury Home, Fort Lauderdale, Florida**

"Because of the success of this auction, other secured lenders are contacting us regarding liquidation of other projects". I am recommending Fisher Auction in any type of real estate liquidation."

*Kenneth A. Welt*
*U.S. Bankruptcy Trustee*

▶ **By Order of Developer, 61± Marina Wet Slips, Cocoa, Florida**

"All parties in interest admired and appreciated your professional performance and were satisfied with the final price achieved in the amount of $1,610,000.00 with a 100% sellout."

"Thank you Lamar, for a job well done and I will be delighted to be a point of reference for you."

*John J. Goebel, Developer*
*Cocoa Village Marina*

▶ **Online Auction of 72 Luxury Condominiums sold in 3 24-Unit Blocks, Chandler, North Carolina**

"I was out of pocket the last few days, but I wanted to say congrats and a job well done on the auction. It wasn't what we wanted, but today's market is what it is. Thanks for all of your help and I look forward to closing the final tranche next week."

*Jeffrey A. Johnson, Executive Vice President*
*Montecito Residential*



VII.   Auction Results



# Auction Results *Sold and Closed for $12,720,000!*

*15 Star Island Drive, Miami Beach, Florida 33139*

- ➤ **Main House has 6 bedrooms with additional separate 3-bedroom guest house**
- ➤ **Bayfront property with expansive water and direct downtown views**
- ➤ **Minutes to South Beach, Downtown Miami and Miami International Airport**
- ➤ **Easy Atlantic Ocean Access via Government Cut**

**Contact:**
**Lamar Fisher, President/CEO**
**FISHER AUCTION COMPANY**
**351 South Cypress Road, #210**
**Pompano Beach, Fl 33060**



By Order of the U.S. Bankruptcy Court

## Star Island, Miami, Florida Estate Home
## Sold and Closed for 121% of Reserve Price

**Auction Results:**
- **105± inquiries / requests for information from 10 different States / Countries (FL, GA, MD, NV, NY, SC, TX, Canada, China, Great Britain)**
- **3,196± "unique visitors" on Fisher Auction Company's Web Site dedicated Auction Page**
- **7,291± of Auction Ad "Views" (Loopnet.com: 1,468±, Zillow: 2,941±, Realtor.com: 1,432±, Auctionzip.com 1,450±)**
- **97± Potential Buying Groups Previewing the Property**
- **4 Broker Registrations**

fisherauction.com

The Standard of Excellence



# Auction Results *Sold and Closed for $11,200,000!*

**401 Ocean Boulevard, Golden Beach, Florida**      **229 Ocean Boulevard, Golden Beach, Florida**




## Sold at Absolute Auction

**Contact:**
**Lamar Fisher, President/CEO**
**FISHER AUCTION COMPANY**
**351 South Cypress Road, #210**
**Pompano Beach, Fl 33060**

### TWO LUXURY OCEANFRONT HOMES
### in *FAMOUS* GOLDEN BEACH • Miami Beach, Florida

## Auction Results:

- **188±** inquiries / requests for information from **25** different States / Countries  (AL, CA, CT, FL, GA, IL, MA, MD, NJ, NV, NY, OH, PA, RI, SC, TX, UT, VA, WV, Canada, Chile, Mexico, Peru, South Africa, United Kingdom)
- **6,312±** "unique visitors" on Fisher Auction Company's Web Site dedicated Auction Page
- **16,405±** of Auction Ad "Views" (Loopnet.com: 9,352±, Zillow: 4,257±, auctionzip.com 1,744±)
- **67,044±** views from our featured realtor.com listing
- **83±** Potential Buying Groups Previewing the Properties
- **13** Pre-qualified Bidders each with a $500,000.00 escrow deposit

fisherauction.com

The Standard of Excellence



# Auction Results *Sold and Closed for $3,150,000!*

*325 Southeast 7th Avenue, Delray Beach, Florida 33483*

- ➤ Custom built and designer decorated 2-story Intracoastal Estate Home with expansive Intracoastal Waterway views
- ➤ 6,294± SF living area / total of 8,136± SF
- ➤ The home is being sold completely furnished with custom luxurious designs by Robb & Stucky
- ➤ Elegant infinity edge swimming pool overlooking Intracoastal Waterway

Contact:
**Lamar Fisher, President/CEO**
**FISHER AUCTION COMPANY**
351 South Cypress Road, #210
Pompano Beach, Fl 33060



## NEW Exquisite Intracoastal Estate Home
## Sold and Closed Pre-Auction for 131% of Reserve Price

**Auction Results:**
- **81±** inquiries / requests for information from **17** different States / Countries  (AZ, CA, CT, DC, FL, GA, MA, MI, MS, NE, NJ, NY, PA, VA, WA, Canada and Iraq)
- **4,678±**  "unique visitors" on Fisher Auction Company's Web Site dedicated Auction Page
- **1,820±** of Auction Ad "Views" (Loopnet.com: 793±, Zillow: 350±, Auctionzip.com 677±)
- **46,127±** views from our featured realtor.com listing
- **21±** Potential Buying Groups Previewing the Property

fisherauction.com

The Standard of Excellence



# Auction Results *Sold and Closed for $2 Million!*



01 Mizner Lake Estates Drive, Boca Raton, Florida 3343

**Contact:**
**Lamar Fisher, President/CEO**
**FISHER AUCTION COMPANY**
**351 South Cypress Road, #210**
**Pompano Beach, Fl 33060**

## Sold and Closed for 96% of Appraised Value

### Mizner Lake Estates Home
### An Estate Home with 6,835± SF of Living Area

**Auction Results:**

- **30±** inquiries / requests for information from **7** different States (CT,FL,LA,MS,NJ,NY) and Canada
- **2,161±** "unique visitors" on Fisher Auction Company's Web Site dedicated Auction Page
- **2,026±** of Auction Ad "Views" (Loopnet.com: 242±, auctionzip.com 1,744±) **748,426±** views from our featured realtor.com listing
- **17±** Potential Buying Groups Previewing the Property

fisherauction.com

The Standard of Excellence



**FISHER**
AUCTION COMPANY

VIII.    Pre and Post Auction Articles

fisherauction.com
The Standard of Excellence

FISHER
AUCTION COMPANY

**South Florida**
# BUSINESS JOURNAL

## Golden Beach oceanfront estates to hit auction block

South Florida Business Journal by Jeff Zbar

If you want an ocean-front home – or two – on Miami-Dade County's Golden Beach, a pair of retired cardiologists has just the estates. Just be prepared for a nontraditional buying experience.

The homes, at 401 Ocean Blvd. and 229 Ocean Blvd., will be center stage on Nov. 11 as part of an "absolute auction."



They'll be sold "as is, where is, no contingencies," said Lamar Fisher, president and CEO of Pompano Beach-based Fisher Auction Company. Prospective, prequalified bidders must bring $500,000 for an escrow holding, and can order their own inspections, he said.

Bidders can bid in person, online or by phone. Winners must pay 10 percent of the purchase price, Fisher said. Closing must come in 30 days.

Apparently, unique homes require a unique selling process. The home at 401 Ocean Blvd., owned by Steve Fox and listed for more than two years at $12.9 million, has 125 feet of ocean frontage. It measures eight-tenths of an acre. Its property line stretches 280 feet deep to the high-tide line. (Golden Beach is a rare municipality whose oceanfront property owners own land to the high-tide line.) It has four bedrooms, four full and two half bathrooms, three fireplaces, tile throughout and blue granite countertops. It also has a full-home generator.

Bob Fox's home, at 229 Ocean Blvd., was designed by renowned Miami Beach architect Carlos B. Schoeppl. The property has 100 feet of ocean frontage on a seven-tenths-acre lot stretching 292 feed to the high-tide line. It has six bedrooms, six full and two half bathrooms, and a separate guesthouse. The courtyard features a loggia that connects the guesthouse and main entrance. It had been listed at $11.5 million.

The property will sell to the highest bidder – with no reserves and no minimums, Fisher said. "It goes from zero on up."

# The Philadelphia Inquirer

## 2 Florida Mansions put on auction

### After languishing on the market for years,  2 multimillion dollar homes are up for sale

By Adam Beasley, Miami Herald

Cardiologists and brothers Steven and Robert Fox moved from Philadelphia to Florida to set up practice, and in 1990 they bought matching homes in Golden Beach, the exclusive oceanfront enclave near Miami.

Now retired and empty-nesters, it's time to sell. Like most everything else, they're doing it together.

But instead of brokering traditional sales through a real estate agent, the Foxes have decided to auction off their multimillion-dollar mansions.

Their sand-dune palaces are not distressed properties at risk of foreclosure. No, Steve and Bobby Fox simply got tired of waiting after their homes languished on the market for years and decided to force the issue.



A beachside pool is among the features of the Florida mansion of Robert Fox that he is... (PATRICK FARRELL / Miami Herald / MCT)

And so on Nov. 10, the bargain-hunting ultra-rich can gather in Steve's Ocean Boulevard estate home for what could be the most lucrative voluntary property auction in South Florida history.
"In these economic times, everybody is counting their money; everybody has less," said Steve Fox, 64. "But we felt the best way to get the most flies on the wall is an absolute auction."

Lamar Fisher, whose Pompano Beach, Fla.-based company is handling the auction and will rake in a 10 percent premium, payable by the buyers, said more than 100 deep-pocketed prospectors from at least seven countries have expressed interest. He expects about 20 registered bidders to participate in the auction, in person or online.

They'll need to make a serious commitment just to get in the door. A refundable deposit of $500,000 is required merely for the right to bid on one of the houses. Those interested in both homes will need to deposit $1 million.

The winning bidder's deposit will then be applied to the 10 percent cash down payment required to buy. From there, things move quickly. Closing is within 30 days, a relief to the Fox brothers and their wives.

"I'm ready to downsize," said Helene Fox, married to Bobby. "It's been 21 years, we've raised our children, but we're ready for a simpler existence."

But with speed comes risk.

When listed traditionally, both four-bedroom, 6,000-square-foot homes had asking prices topping $11 million. On auction day, they will have no choice but to accept the winning bids, no matter how low.

"In the last five years, the high-end market is down, but not as much as the rest of the market," said Fisher, perched in Steve's living room Wednesday. "The wealthiest are still willing to spend."

# The Miami Herald ⊕

## Osorio's Star Island estate sells for $12.7 million at bankruptcy auction

BY JAY WEAVER
jweaver@MiamiHerald.com

The one-acre Star Island estate of embattled business-man Claudio Osorio sold for $12.7 million at auction, but his bankruptcy case is still not over.

The Star Island estate of embattled businessman Clau-dio Osorio sold for $12.7 million, but the buyer might remain a mystery for a while.

The top bidder on Osorio's nine-bedroom home with infinity pool on an acre lot — sold at a bankruptcy auc-tion — was not disclosed in court Friday.

The parties agreed to keep his name a secret at the re-quest of the buyer, a wealthy Miami-Dade business-man.



al bber, of Coldwell Banker, and Lamar Fisher, of Fisher Auction Co., show the star Island home of Claudio Osorio.

The starting price for the waterfront property was $10.5 million, with representatives of two qualified buyers bidding at $100,000 increments during Thursday's auction.

The local businessman won with a top bid of $12 million, plus a 6 percent commission of $720,000, which will be divided among the auctioneer, Lamar Fisher, broker Coldwell Banker and Osorio's creditors.

The second bidder, who also was not identified, gave up at $11.9 million.

**"The auction went perfectly," said attorney Geoffrey Aaronson, who is representing Claudio and his wife, Amarilis, in their personal bankruptcy case.**

**"Maybe we should do all of the auctions by the pool on Star Island," quipped U.S. Bankruptcy Judge Robert A. Mark, who approved the sale, which formally closes Nov. 22.**

For Osorio, 52, the Star Island sale was a significant development in a contentious bankruptcy case. The judge must still decide whether to approve a reorganization plan for his recently failed business venture, InnoVida Holdings, a manufacturer of composite fiber panels for housing in Haiti and other countries.

For now, the sale of the heavily mortgaged Star Island property — along with Osorio's Colorado ski cabin and Swiss resort condo — will likely generate millions of dollars for banks and other lenders. Osorio will be al-lowed to keep a portion of the Star Island profits, at least $500,000.

There also will likely be a few million dollars left over to pay angry investors in Osorio's moribund business, including NBA star Carlos Boozer and Miami-Dade businessman Chris Korge.

Under a new bankruptcy reorganization plan, Osorio would be allowed to restart InnoVida under a new name, SPV. Osorio has promised to repay creditors demanding a total of $50 million, but some investors say his plan is absurd.

An **ALM** Website

# DAILY BUSINESS REVIEW.COM

## Claudio Osorio's Mansion Won with $13 Million Bid

**Claudio Osorio's Star Island mansion is going once, going twice and sold for nearly $13 million**



The 15 Star Island Drive residence was auctioned off Thursday as part of the Miami Beach entrepreneur's personal and business bankruptcy cases.

The winning bid amount was between $12.6 million and $12.7 million, according to sources who attended the auction.

The sources declined to name the winning bidder, whose identity is expected to be revealed during a hearing today to ratify the sale.

The winner has 15 days after U.S. Bankruptcy Judge Robert A. Mark approves the sale to close on the nine-bedroom, nine-bathroom mansion.

**Fisher Auction of Pompano Beach coordinated the auction, which was closed to the media and public.**

**"It was a successful sale and we are looking forward to ratification by the court," said Lamar Fisher, the auction company's president and chief executive. Fisher declined to discuss details of the auction.**

Potential bidders had to pre-qualify by submitting a $500,000 deposit. They also had to show they could cover a $10.5 million starting bid and a 6 percent buyer's premium.

At least two-thirds of the auction proceeds are to be distributed to Osorio's creditors. The rest will go to Osorio and his wife, Amarilis, if they comply with an already agreed-upon reorganization plan. They are to use the money to acquire another home.

Denver oil executive Thomas H. Morgan previously had a contract to buy the mansion for $10 million. He declined a chance to act as a stalking-horse bidder in the auction.

The Osorios filed for Chapter 11 bankruptcy protection in March. The filing came after Miami-Dade Circuit Judge Valerie Manno-Schurr awarded developer and former lobbyist Chris Korge a $4 million judgment against the Osorios. Korge had sued the couple and InnoVida Holdings to recover money he invested in the firm beginning in 2008.

Osorio was chief executive officer of InnoVida, which promised to build thousands of homes in earthquake-ravaged Haiti. They were never constructed.

He founded the company, a manufacturer of fiber-composite panels used in home construction, in 2007.

The Osorios in September reached a deal with their creditors and Chapter 11 trustee Mark Meland on a reorganization plan for InnoVida. If the plan is carried out, Osorio would form a new manufacturing company called SPV and reimburse all approved creditors within 5½ years.

# Florida Real Estate Journal

Login/Register | Newsletters | Property Listings | RSS

## MARKETS ▾ | PROPERTY FINANCE | TRANSACTIONS

COMMUNITY | SEND PRESS RELEASE | ADVERTISE | CONTACT

Search

## Fisher Auction closes $4.6M Corporate Park at Inverrary sale

Wednesday, July 27, 2011 - 9:56pm

LAUDERHILL - Fisher Auction Company announced the sale of the Corporate Park at Inverrary for $4.6 million in a deal that closed two days prior to the auction date.

The two corporate office buildings are at 3800 Inverrary Blvd., Lauderhill.

Lamar Fisher, president and CEO of Fisher Auction Company, said, "Our marketing efforts resulted in over 120 inquires from investors and brokers, over 60 signed confidentiality agreements, and we had secured over 14 broker registrations the week prior to the auction.

"Our prospective buyers came from throughout the U.S., Canada and the United Kingdom in direct response to our marketing plan."

The buyer was CDM Property Investments, LLC, of Miami.



**AUCTION: July 27th**
Tampa Telecom Park

New const. office buildings
7,000 SF - 16,000 SF

INLAND ®



Can you imagine...
*a world*
*without children?*

At St. Jude Children's
Research Hospital,
*we can't.*

*Finding cures. Saving children.*

**Click now to help**

St. Jude Children's
Research Hospital

## INTERVEST NATIONAL BANK

**MORTGAGES - COMPETITIVE RATES**
Speed · Flexibility · Creativity

**1 Million – 15 Million**
ONE TO FIFTEEN YEARS
Multi-family · Office · Retail

Lowell Dansker, Chairman
One Rockefeller Plaza, NYC 10020 · 212-218-2800
LDansker@INBNY.com · www.intervestnatbank.com
Full Service Banking Bank Office NY & FL. Brokers Protected.

## Breaking News

in Florida Commercial Real Estate

Crocker, Westcity buy $44M One Financial...

Emerson International starts 200,000sf Eagle...

Pacific Legal Foundation launches Hopping...

Fisher Auction closes $4.6M Corporate Park...

Flagler inks 41,000sf lease at Flagler Center

SE Financial Center signs 31,000sf in leasing

Cushman closes 60,000sf Conchita lease

Holly Duran negotiates 36,000sf lease

Florida commercial real estate news brought to you by the Florida Real Estate Journal.

Copyright © 2011 Florida Real Estate Journal. All rights reserved.
Use, duplication, or sale of the service, or data contained herein, is strictly prohibited.

Home | Sign Up | Advertise | Privacy & Terms of Use | Refund & Cancellation Policy

 Contact Us

# Auctioneer

**MAY 2010**  The official publication of the National Auctioneers Association

## Bulk condo sale gets nearly $26 million

Fisher Auction Co., Inc., Pompano Beach, Fla., and Cushman & Wakefield in March completed a bulk sale auction of 165 new condominium units within The Vue at Lake Eola, in downtown Orlando, Fla.

The portfolio, along with 8,000 square feet of retail space, sold at an auction ordered by a bankruptcy court decision for $25.9 million, pending court approval. The property contains a total of 375 units.

"The Vue at Lake Eola was a prize piece of real estate," said Lamar Fisher, CAI, AARE, president and chief executive of Fisher Auction Co., Inc. "Bidders had to submit a signed non-contingency contract of no less than $20 million just to be qualified to participate in the live auction. Our combined marketing efforts resulted in nine qualified bidders in the live auction and we were thrilled with the results."

# Florida Real Estate Journal

FREJLink Community | Property Listings | E-newsletters

Florida Commercial Real Estate
ARCHIVE SEARCH

Subscribe    Advertise    Participate    Resources    Contact

FRONT PAGE

CENTRAL FLORIDA

NORTH FLORIDA

SOUTH FLORIDA

SOUTHWEST FLORIDA

TAMPA BAY

PROPERTY FINANCE

MARKET REPORTS

GREEN REPORT

TRANSACTIONS





## SHOPPING CENTER

Management
Leasing
Redevelopment

The Property

### Local Directory

Accounting
Advertising & Marketing
Apartment Loans
Architects
Asset-Based Finance
Bankruptcy / Debt Settlement
Business Loans
Commercial Banking
Commercial Development
Commercial Lending
Commercial Real Estate
Construction
Construction Loans
Electricians

Get Listed FREE!

## Fisher, C&W close $25M Vue bulk sale

Email this page    Printer-friendly version    PDF version    Get Mobile Version

Monday, March 22nd, 2010

ORLANDO - Fisher Auction Company and Cushman & Wakefield recently completed a bulk sale auction of 165 new condominium units within The Vue at Lake Eola, a premier brand new condominium development in Downtown Orlando.

The portfolio, along with approximately 8,000sf of retail space, sold at an auction ordered by a bankruptcy court decision for $25.9 million to the highest bidder March 15 and is now pending court approval. The property contains a total of 375 units.

"The Vue at Lake Eola was a prize piece of real estate," said Lamar Fisher, president and CEO of Fisher Auction Company Inc. "Bidders had to submit a signed non-contingency contract of no less than $20 million just to be qualified to participate in the live auction. Our combined marketing efforts resulted in nine qualified bidders in the live auction, and we were thrilled with the results."

Orlando-based brokerage professionals Jay Ballard and Ken Delvillar, senior director and director, respectively, of Cushman & Wakefield's Apartment Brokerage Services Group, handled the marketing and sale of the units along with Fisher Auction Company.

"We had more than 250 groups sign confidentiality agreements on this property and more than 50 potential buying groups conduct property tours," said Ballard. "We had inquiries from throughout the U.S. and more than 11 countries. Our buyer ultimately came from out of the country and we were able to achieve 104% of fair market value for the bankruptcy court."



## Top Stories

Florida Commercial Real Estate 

CMSA renamed CRE Finance Council

Winter Haven commissioners approve land use for CSX

Fisher, C&W close $25M Vue bulk sale

St. Joe to move HQ to West Bay

Hotel deals to return slowly in the new year

Healthcare Trust buys 53,000sf medical building

REITs to lead 2010 growth in velocity of deals

New Brennan exec sees opportunity in industrial



NOVA SOUTHEASTERN UNIVERSITY
H. Wayne Huizenga School of Business and Entrepreneurship

An M.S. in Real Estate Development. Details

# THE NEWS-PRESS



"The Riviera"

Bargain hunters picked up riverfront condos for as little as $145,000 Saturday during an auction of 62 units at the 27-story Riviera towers.

**More than 400 people streamed into Harborside Event Center for the auction. The ones who planned to bid carried a $10,000 check for each unit they hoped to win, needed to qualify as bidder.**

Homes for America Inc. held the auction at the request of lenders, to stimulate sales at the Riviera, a three-tower project east of the Caloosahatchee Bridge. Previous sales at the Riviera sold 94 of its 160 units. Prices ranged from $179,000 to $325,000. Units originally sold for $450,000 to $600,000.

Jack and Rise' Gian of the River Forest community in Lee County came to bid for a unit. "We would be investors," Jack Gian said. They expected the cost of a unit to exceed their bid. "The maintenance fees, taxes and holding costs are going to be the downside," Jack Gian said.

Getting tenants into the Riviera will help downtown Fort Myers, where officials have done a "beautiful job" of making improvements, Jack Gian said.

The auction was one of the largest of its kind in Lee County since January 2007, when more than 300 packed into what was then the Holiday Inn Select at the Bell Tower to bid on 120 homes and commercial property.

Property values, which rose sharply in 2005, have slowed dramatically since. According to the National Association of Realtors, the median sales price of an existing home in the first quarter this year was $87,300, down 59 percent from $213,200 in the first quarter of 2008.

The median condo price also fell to $147,000 at around the start of the year, down 24 percent from December 2007.

**Lamar Fisher, president and CEO of Fisher Auction Co., Inc. told those at Harborside they had to be the highest bidder in each round of bidding to get a unit. The auction started shortly after 11 a.m. with people seated in a room in front of two big screens. A slide show of the Riviera flashed on the screens. Later, one screen showed bids called in from as far away as Singapore. The other showed the list of units still available.**



The first round was won with a bid of $250,000. But bids went down from there until they reached the $140,000 range more than halfway through the event.

Ken and Isa Joseph of Plantation were successful and selected a condo on the 20th floor. They declined to be specific about their bid, but said it was within their budget. "Right now it's going to be a weekend kind of place," Isa Joseph said. "Eventually we might move here." The couple have family in Southwest Florida and enjoy the smaller population of the area compared with their east coast home, they said.

Not all were at the auction to bid.

"This is one of the greatest marketing tools Realtors have if they would use it," said Anthony House of Keller Williams Real Estate in West Palm Beach. "People who come to these auctions come with a check in hand."

House said he often attends auctions, which are becoming more frequent, to see what happens and how successful they are so he can better advise his own clients



# Success shocked real estate agents
# Online real estate auction nets $60 million in new trend

When the city of North Port FL decided recently to sell 1,900 tax delinquent lots in a "government auction," it took proposals from 17 Auctioneers to conduct the event, but a crucial factor that led to winning the contract was from a company that said its main component would be to first try selling the lots on the Internet. That was what Terry Gilbert, project manager for the city, was looking for. "The city wanted to involve lots of people and expand the market beyond the state," he said. "And that's what this company helped us do."

Fisher Auction Company of Pompano Beach, FL got the contract and opened an office in North Port, but it immediately began plans to sell the lots first on the Internet only. Then, if needed, a traditional onsite auction would be held. But, the online sale earned this joint venture between North Port and Sarasota County $60 million, whereas earlier the community considered selling the whole bundle by private treaty sale offer of just $12 M.

The sale shows the success of the auction method and the new trend of online auctions conducted by professional Auctioneers without having an onsite auction, when it is deemed appropriate for the property. "I never imagined we would nor need the onsite auction," said Louis Fisher 111, CAI, Chief Executive Officer of the company. "I thought we would sell some lots online and then some in a traditional auction onsite, but the online has been highly successful."

Real estate agents were shocked also. Agent Shannon Moore, an agent for Prudential Village Realty, said in a story in the Herald Tribune newspaper that many of her clients were waiting for the live auction of the lots, where they expected to pay lower prices. "I am shocked," she said about the success of the online auction. Other agents confirmed there was little difference between the auction price and expected market price. Some lots were in remote areas without sewer or services, but the land market within North Port is so hot that the lots went for as much as $76,000 for a quarter acre. The Fisher company marketed strongly to interested investors in Florida and outside (bids came from 32 states), then held the auction over several days on their own website. But, the method used was not a standard eBay style of 11th hour bidding frenzy that continues until a final second. In the Fisher auction, there was no 'sniping' to get in a high bid. When a high bid was received, the time was extended to allow response bids until there were no more. This enabled the seller to feel that the truly highest bid was received.



The idea to go after the North Port lot auction was a brainchild of Lamar Fisher, son of Benny. About three years ago at an NAA event, he partnered with Lonnie Buchner as they discussed ways to seek this auction. "We would not have gotten the auction if I had not been an NAA member," Lamar Fisher, CAI, AARE said. Benny Fisher, CAI, founder and chairman of the board of Fisher Auction Co., has been actively involved as an industry leader with NAA since 1972 and has served on its board of directors. He is also an NAA Hall of Fame member.

Two years ago, 1900 lots of tax delinquent land were available from the city of North Port, FL for $1,000 a piece. But they were not selling. Fisher put together the auction idea and the result was that the lots sold for an average of $32,000 each with the most expensive lot being sold for just under $80,000. In the recent past these lots may have been sold only by traditional real estates listing or by traditional auction alone, but North Port-area officials wanted to use the





Internet, gaining a wide audience with strong marketing. In the first round of Internet auctions by Fisher, 1,058 lots were offered, and 981 sold. The remaining 77 went into the second auction of 504 lots, of which 25 did not sell. A third round had 450 lots, of which only 5 did not sell. A Fourth round was scheduled because the method has been so successful. The North Port officials were selling with a reserve on every piece and have been pleased with the results. "The way things are going, all of the lots may sell out completely", said County Manager of Policies and Projects Terry Gilbert in an interview with the Sun and Weekly Herald.

According to County Commissioner Joe Thaxton, the lots were put on the tax delinquent rolls between 1999 and 2004. At one point, developers offered Sarasota county $12 million the lots. The county was heavily criticized by residents, government officials and local media for not taking the offer at the time. Rather than selling the entirety to a single developer, the county commission's decided to give community members and regular citizens the opportunity to purchases a lot during the online auction. While the net proceeds of the online auction will be split between Sarasota County (45%) and the city of North Port (55%), the lots are also expected to generate an additional yearly property tax revenue of approximately $235,000 for the county, $281,000 for North Port and $452,000 for the school district. Fifty of the original lots were set aside from the auction for future use by the school district.

IX.   Sample Internet and Traditional
      Media Platforms



# Sample Internet Platforms











fisherauction.com

The Standard of Excellence



FISHER AUCTION COMPANY

# Sample Internet Platforms







## Hot Properties Bulletin

**LENDER LIQUIDATION- $2.6M OFF ORIGINAL PRICE**



Foreclosed Lots in Gated Community w/$2M+ Homes. Located in Asheville, NC Area. Lender Prices 70-98% Off. Can be Acquired Individually or in Bulk. Individual Lots $245,900-$169,000. Bulk Price $950k.

South Street Capital — **View Details**

**LENDER ORDERED AUCTION**



Lender Ordered Auction: 7/19
122,441± SF; Fantastic Investment Opp.
Sold to the Highest Bidder @ or > $37 PSF
Recently Appraised at $11 Million.

Lauderhill, FL
Fisher Auction Co., Inc. — **View Details**





fisherauction.com
The Standard of Excellence



# Sample Internet Platforms



fisherauction.com

The Standard of Excellence



# Sample Internet Platforms






















LandBlueBook

HARMONHOMES.COM

Craigslist

fisherauction.com

The Standard of Excellence



FISHER AUCTION COMPANY

# Social Media









fisherauction.com

**The Standard of Excellence**

**FISHER**
AUCTION COMPANY

# Sample Traditional Platforms













fisherauction.com

The Standard of Excellence



# Sample Traditional Platforms

THE WALL STREET JOURNAL.



The New York Times


INTERNATIONAL
Herald Tribune
THE GLOBAL EDITION OF THE NEW YORK TIMES

MiamiHerald

elNuevoHerald

Sun-Sentinel

PalmBeachPost

Chicago Tribune
chicagotribune.com

The Boston Globe

Los Angeles Times

PalmBeachDailyNews.

OrlandoSentinel.

Naples Daily News

THE TAMPA TRIBUNE
and The Tampa Times

Daily Business
REVIEW

South Florida
BUSINESS JOURNAL


BILLBOARDS

fisherauction.com
The Standard of Excellence


FISHER
AUCTION COMPANY

X.   Sample Brochures



# Luxury Home Auctions



By Order of the U.S. Bankruptcy Court

**AUCTION**

**Star Island Waterfront Home**
**Miami Beach, Florida**
**Sold at or above $10.5 Million**
**Thursday, November 3rd @ 11am**

fisherauction.com/800.331.6620
The Jills, Jill Eber / 305.915.2556




**SOLUTE AUCTION**
*Minimums, No Reserves*
Thursday, November 10th @ 11am

**TWO (2) LUXURY OCEANFRONT**
**HOMES in FAMOUS GOLDEN BEACH**
**MIAMI, FLORIDA**
*(Sold Individually)*

fisherauction.com/800.331.6620



fisherauction.com
The Standard of Excellence



# Luxury Home Auctions



**Luxurious Estate Home**
**Sold at or above $2.5 Million**
**Thursday, May 19th @ 11am**

fisherauction.com/800.331.6620

Miramar Lake Estates

FISHER
AUCTION COMPANY



**NEW Exquisite Intracoastal Estate Home**
**To be Sold at or above $2.4 Million**
**Wednesday, February 22 @ 11 am**

fisherauction.com/800.331.6620

Historic Marine District, Delray Beach, Florida

FISHER
AUCTION COMPANY



**AUCTION** *Prestigious*
COCONUT GROVE ESTATE HOME

3659 Bayview Road · Coconut Grove · FL 33133

**AUCTION DATE:**
**Saturday, December 17th at 11a.m. ONSITE**

· Custom Old Florida Style 2-Story Home
· 4 Bedrooms/ 4 Bathrooms 10 ft. Ceilings/ Updated Kitchen
· Custom Marble and Hardwood Flooring
· Oversized Kidney Shaped Pool with Deck Area

3% Broker Participation

FISHER AUCTION COMPANY
FISHERAUCTION.COM | 800.331.6620

To Be Sold to the Highest and Best
Bidder at or above $700,000.00

RE/MAX
Premier Associates

FISHER
AUCTION COMPANY

fisherauction.com

The Standard of Excellence



FISHER
AUCTION COMPANY

# Luxury Home Auctions

EXIT
Tell Realty Florida Keys

**Developer Ordered**

*FISHER*
AUCTION CO., INC.
The Standard of Excellence

# AUCTION

**13 NEW Waterfront Florida Keys Condominiums,
7 Boat Slips & Commercial Building**

BUY ONE OR MORE!

*Bougainvillea*

**Lender Ordered Auction**
8 Luxury Condominiums on
the Gulf of Mexico

**3% Broker
Participation**

Saturday •
fisherauct

5 to be Sold ABSOLUTE to the
Highest Bidders, with NO RESERVES
Saturday, November 12th @ 11am, E.T.

fisherauction.com/800.331.6620

FISHER
AUCTION COMPANY

fisherauction.com
The Standard of Excellence



**<u>EXHIBIT B</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                              Case No. 12-17819-RBR

WARREN CARLOS SAPP,                                 Chapter 7

    Debtor.

_____/

### AFFIDAVIT IN SUPPORT OF TRUSTEE'S APPLICATION FOR AUTHORIZATION TO EMPLOY LAMAR P. FISHER AND FISHER AUCTION CO., INC. AS AUCTIONEERS

STATE OF FLORIDA    )
                       )ss
COUNTY OF BROWARD  )

Lamar P. Fisher, being duly sworn, says:

1.    I am a licensed auctioneer by the State of Florida.

2.    I am the President and Chief Executive Officer of Fisher Auction Co., Inc. (hereinafter "Auctioneer"), which is engaged in the business of selling property at auction for the past forty (40) years at the offices located at 351 S. Cypress Rd., Suite 210, Pompano Beach, Florida.

3.    I am familiar with the Application for Employment of Lamar P. Fisher and Fisher Auction Co., Inc. as Auctioneers (the "Application"), filed by the Chapter 7 Trustee, Kenneth Welt, and the property described therein and in the Sale Motion, and I believe that I am experienced and qualified to represent the Trustee with the sale of the Debtor's real property.

4.    The Auctioneer has agreed to accept employment on the terms and conditions set forth in the Application. I believe that the commission to be paid to Auctioneer does not exceed customary commissions in the applicable geographical area.

5.      Neither I nor any member of the firm hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

6.      To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtor, his creditors, or any other party in interest or their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

7.      I represent no interest adverse to the Debtor or his estate in the matters upon which I am to be engaged.

8.      The Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.381 et seq. and Local Rule 6005-1(B) and is covered by the Florida Auctioneer Recovery Fund as required by Florida Statute § 468.392. In addition, the Auctioneer maintains a blanket issued by a surety company approved by the Department of the Treasury in the amount of $1,000,000. The bond is in favor of the United States of America and the original bond has been forwarded to the Office of the United States Trustee.

9.      The maximum amount of costs and expenses to be expended by the Auctioneer is $22,837.10 as indicated in the Proposal attached to the Application. The Auctioneer's marketing and advertising costs, up to $22,837.10, will be advanced by a third party, with all such advances being repaid from the first proceeds of the sale of the Debtor's property.

10.     The Auctioneer will charge 10% to the final bid on the Property to be paid by the successful bidder as a "Buyer's Premium" in lieu of a commission. From the Buyer's Premium,

the Auctioneer shall retain receive 60% as compensation for services provided to the Estate as detailed in the Application and the proposal.

   FURTHER AFFIANT SAYETH NAUGHT.

_____
Lamar P. Fisher

   The foregoing instrument was sworn to and subscribed before me this 31st day of July, 2012.

NOTARY PUBLIC

_____
Notary Public, State of Florida

SEAL OF OFFICE:

ANDRE' LA BAUVE
MY COMMISSION # EE 000861
EXPIRES: October 15, 2014
Bonded Thru Budget Notary Services

Andre' L. Bauve
_____
Type, Stamp or Print Name as Commissioned

(✓) Personally know to me, or
(  ) Produced identification
     Type of identification _____

(  ) Did take an oath or (  ) Did NOT take an oath

{24424351;2}

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
07/19/2012

| PRODUCER  (954) 942-4400 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Southgate Ins Agy of Pomp Bch Inc | | | |
| 639 North Federal Highway | | | |
| P O Box 728 | | | |
| Pompano Beach      FL  33062 | **INSURERS AFFORDING COVERAGE** | | **NAIC #** |
| **INSURED** | INSURER A: Northfield Insurance Co | | |
| Fisher Auction Company Inc | INSURER B: Star Insurance Company | | |
| 351 S. Cypress Road, S# 210 | INSURER C: Underwriters @ Lloyds | | |
|  | INSURER D: National Union Fire Ins | | |
| POMPANO BEACH      FL  33060-7159 | INSURER E: | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** | WS125954 | 03/01/2012 | 03/01/2013 | EACH OCCURRENCE | $ 1,000,000 |
| | X | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | CLAIMS MADE ☐ OCCUR | | / / | / / | MED EXP (Any one person) | $ 5,000 |
| | | | | / / | / / | PERSONAL & ADV INJURY | $ 1,000,000 |
| | X | Products Incld in GA | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | / / | / / | PRODUCTS - COMP/OP AGG | $ |
| | | X POLICY ☐ PRO-JECT ☐ LOC | | / / | / / | | |
| A | X | **AUTOMOBILE LIABILITY** | WS125954 | 03/01/2012 | 03/01/2013 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | / / | / / | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | X | HIRED AUTOS | | / / | / / | BODILY INJURY (Per accident) | $ |
| | X | NON-OWNED AUTOS | | | | | |
| | X | BORROWED | | / / | / / | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | / / | / / | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN       EA ACC | $ |
| | | | | / / | / / | AUTO ONLY:            AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | / / | / / | EACH OCCURRENCE | $ |
| | | ☐ OCCUR  ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | / / | / / | | $ |
| | | RETENTION  $ | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC0729829 | 05/19/2012 | 05/19/2013 | WC STATU-TORY LIMITS X OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | If yes, describe under | | / / | / / | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | SPECIAL PROVISIONS below | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | | OTHER Professional Liab | MPL112455811 | 12/05/2011 | 12/05/2012 | Each Claim Limit: | 1,000,000 |
| | | | | / / | / / | Policy Aggregate: | 1,000,000 |
| D | | Fidelity | 01-123-12-71 | 09/14/2011 | 09/14/2012 | Bond Amount | 1,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

Scope of Work:  Auctioneer

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| (     )      -                         (     )      -  | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| See Attachment for Complete Certificate Holder Description | AUTHORIZED REPRESENTATIVE |

**ACORD 25 (2001/08)**                    © ACORD CORPORATION 1988

INS025 (0108).08                               Page 1 of 2

| ACORD | ADDITIONAL REMARKS SCHEDULE | Page ____ of ____ |
|---|---|---|

| AGENCY Southgate Ins Agy of Pomp Bch Inc | NAMED INSURED Fisher Auction Company Inc |
|---|---|

| POLICY NUMBER Various | |
|---|---|

| CARRIER Various | NAIC CODE | EFFECTIVE DATE: 03/01/2012 |
|---|---|---|

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 25     FORM TITLE: Certificate of Insurance

*******************************CERTIFICATE OF INSURANCE*******************************

U.S. Bankruptcy Court
Southern District of Florida (Fort Lauderdale Division)
Re:  Warren Carlos Sapp
Case No. 12-17819-BKRBR
Kenneath A. Welt, Trustee
1776 North Pine Island Road
Plantation, Florida  33322

© 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 5816863

## STATE OF FLORIDA

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA BOARD OF AUCTIONEERS

SEQ#L11100702295

| DATE | BATCH NUMBER | LICENSE NBR |
|------|-------------|-------------|
| 10/07/2011 | 118070733 | AB106 |

The AUCTION BUSINESS
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2013

FISHER AUCTION COMPANY
LAMAR P. FISHER
351 S CYPRESS RD, STE 210
POMPANO BEACH        FL 33060

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

---

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 5816843

## STATE OF FLORIDA

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA BOARD OF AUCTIONEERS

SEQ#L11100702275

| DATE | BATCH NUMBER | LICENSE NBR |
|------|-------------|-------------|
| 10/07/2011 | 118070746 | AU93 |

The AUCTIONEER
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2013

FISHER, LAMAR PAUL
290 SE 5TH TERRACE
POMPANO BEACH        FL 33060

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC#5930163

## STATE OF FLORIDA
### DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
### DIVISION OF REAL ESTATE

SEQ#L11122902348

| DATE | BATCH NUMBER | LICENSE NBR |
|------|--------------|-------------|
| 12/29/2011 | 110233972 | CQ1020546 |

The CORPORATION
Named below HAS REGISTERED
Under the provisions of Chapter 475 FS.
Expiration date: MAR 31, 2014

FISHER AUCTION CO INC
FISHER AUCTION COMPANY
351 S CYPRESS ROAD SUITE 210
POMPANO BEACH        FL 33060

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

---

AC# 5439066

## STATE OF FLORIDA
### DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
### DIVISION OF REAL ESTATE

SEQ#L11020201419

| DATE | BATCH NUMBER | LICENSE NBR |
|------|--------------|-------------|
| 02/02/2011 | 1108167328 | BK352765 |

The BROKER
Named below IS LICENSED
Under the provisions of Chapter 475 FS.
Expiration date: MAR 31, 2013

FISHER LAMAR PAUL
290 SE 5TH TERRACE
POMPANO BEACH        FL 33060

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

CHARLIE LIEM
SECRETARY